## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SPANX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 1:13-cv-00710-WSD |
| | ) | |
| TIMES THREE CLOTHIER, LLC | ) | |
| d/b/a Yummie Tummie, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND AMENDED COMPLAINT
## FOR DECLARATORY RELIEF

Plaintiff Spanx, Inc. ("Spanx") alleges as follows for its second amended complaint against Times Three Clothier d/b/a Yummie Tummie ("Yummie Tummie"):

### PARTIES

1.    Plaintiff Spanx is a Georgia corporation with its principal place of business at 3344 Peachtree Road, NE, Suite 1700, Atlanta, Georgia 30326.  Spanx is an apparel company that designs and manufactures, among other things, undergarments, slimming apparel and shapewear, hosiery, swimsuits, and activewear.

2.     On information and belief, Defendant Yummie Tummie is a New York Limited Liability Company with its principal place of business at 561 Seventh Avenue, 12th Floor, New York, New York 10018.  On information and belief, Yummie Tummie manufactures and sells bodyshaping undergarments and apparel.

**JURISDICTION AND VENUE**

3.     This action arises under the patent laws of the United States, Title 35 of the United States Code, § 1 *et seq.*, with a specific remedy sought under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.  An actual, substantial, and continuing justiciable controversy exists between Spanx and Yummie Tummie that requires a declaration of rights by this Court.

4.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over Yummie Tummie by virtue of Yummie Tummie's purposeful contact with this district, including, on information and belief, Yummie Tummie's substantial business conducted with customers residing in this district; and Yummie Tummie's attempts to enforce design patents purportedly assigned to it against Spanx, an entity having a principal place of business in Georgia, for alleged infringing activity occurring in Georgia.

6.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

7.     Defendant Yummie Tummie claims to be the owner by assignment of U.S. Design Patent Nos. D606,285S ("the '285 Patent," copy attached hereto as Exhibit A), D616,627S ("the '627 Patent," copy attached hereto as Exhibit B), D622,477S ("the '477 Patent," copy attached hereto as Exhibit C), and D623,377S ("the '377 Patent," copy attached hereto as Exhibit D), D665,558S ("the '558 Patent," copy attached hereto as Exhibit E) and D666,384S ("the '384 Patent," copy attached hereto as Exhibit F) (collectively, the "Patents-in-Suit").

8.     The Patents-in-Suit are related to one another in that the '627 Patent, the '477 Patent, the '377 Patent, the '558 Patent, and the '384 Patent all claim priority to the '285 Patent.

9.     Each of the Patents-in-Suit identifies Heather Thompson Schindler as the sole inventor.

10.    On or about January 18, 2013, Yummie Tummie (through counsel) contacted Spanx by letter, informing Spanx that Yummie Tummie is the owner of some of the Patents-in-Suit, enclosing a copy of the said patents, and stating that "Spanx is making, offering for sale and selling shapewear products … in the United States that contain Yummie's patented designs" and that the Spanx

products "appear substantially the same as the patented designs from the point of view of an ordinary observer, thereby, constituting design patent infringement."  In its January 18 letter, Yummie Tummie identified the allegedly infringing Spanx products as including "The Total Taming Tank A226764, also known as The Spanx Total Taming Tank, the Top This Tank Style 1847 and The Top This Cami Style 1846" (collectively, the "Accused Products").  Yummie Tummie further noted in its letter that it "vigorously enforces the rights in its patents," referenced patent infringement litigation it recently settled with Maidenform, and demanded, among other things, that Spanx cease manufacturing, offering for sale, and selling the Accused Products.

11.     On or about February 14, 2013, Spanx (through counsel) responded to Yummie Tummie's January 18, 2013 letter, describing in detail significant differences between the Accused Products and Yummie Tummie's patents that and stating, among other things, that it does not believe the Accused Products infringe Yummie Tummie's patents.

12.     Since Yummie Tummie contacted Spanx in January 2013, counsel for Spanx and Yummie Tummie have communicated on several occasions by telephone and in writing concerning Yummie Tummie's claims.  During these telephone conferences, Yummie Tummie continued to maintain that the Accused

Products infringe its patents and expressed its willingness to enforce its patents against Spanx.

13.    On April 2, 2013, a month after Spanx initially brought this action for declaratory relief, Yummie Tummie filed suit against Spanx in the Southern District of New York, asserting that the Accused Products infringe the Patents-in-Suit.  Spanx has denied infringement in the New York action and has also asserted that the parties' dispute should not proceed in New York but in this, the first-filed court, the Northern District of Georgia.

14.    As a result of Yummie Tummie's previous and continued assertions that Spanx is infringing the Patents-in-Suit, and Spanx's denial of the same, an actual and justiciable controversy exists between the parties of sufficient immediacy and reality to warrant issuance of a declaratory judgment under 28 U.S.C. §§ 2201 and 2202 as to the alleged infringement and invalidity of the designs claimed in the Patents-in-Suit.

### FIRST CLAIM FOR RELIEF

### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE PATENTS-IN-SUIT)

15.    Spanx restates and incorporates by reference the allegations in paragraphs 1 through 14 above.

16.     An actual controversy has arisen and now exists between the parties with respect to the alleged infringement of the Patents-in-Suit.  Spanx contends that Spanx's products, including The Total Taming Tank A226764, also known as The Spanx Total Taming Tank, the Top This Tank Style 1847, and The Top This Cami Style 1846 have not infringed and do not infringe any valid claim of the Patents-in-Suit.  Upon information and belief, Yummie Tummie currently disputes these contentions.

17.     Pursuant to 28 U.S.C. §§ 2201 and 2202, a judicial determination of the respective rights of the parties with respect to the alleged infringement of the Patents-in-Suit is necessary and appropriate under the circumstances.

## SECOND CLAIM FOR RELIEF

### (DECLARATORY JUDGMENT OF INVALIDITY OF THE PATENTS-IN-SUIT)

18.     Spanx restates and incorporates by reference the allegations in paragraphs 1 through 17 above.

19.     Spanx contends that the Patents-in-Suit are invalid for failure to meet one or more of the conditions of patentability specified in 35 U.S.C. §§ 102, 103, 112, and/or 171.  Upon information and belief, Yummie Tummie disputes these contentions.

20.    Pursuant to 28 U.S.C. §§ 2201 and 2202, a judicial determination of the respective rights of the parties with respect to the alleged invalidity of the Patents-in-Suit is necessary and appropriate under the circumstances.

### PRAYER FOR RELIEF

WHEREFORE, Spanx prays for relief as follows:

A.    For a judicial declaration that Spanx does not infringe any valid claim of U.S. Design Patent Nos. D606,285S, D616,627S, D622,477S, D623,377S, D665,558S, and D666,384S; and

B.    For a judicial declaration that U.S. Design Patent Nos. D606,285S, D616,627S, D622,477S, D623,377S, D665,558S, and D666,384S are invalid; and

C.    For an order awarding Spanx its costs, expenses, and reasonable attorneys' fees as provided by law; and

D.    For such other and further relief as the Court deems just and proper.

### JURY DEMAND

Spanx demands a trial by jury on all issues so triable as a matter of right and law.

Respectfully submitted, this __th day of ____, 2013.

KING & SPALDING LLP

_____

Natasha H. Moffitt

(Georgia Bar No. 367468)
Laura S. Huffman
   (Georgia Bar No. 595909)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile:  (404) 572-5134
E-mail: nmoffitt@kslaw.com
E-mail: lhuffman@kslaw.com

Kathleen E. McCarthy
   (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2345
E-mail: kmccarthy@kslaw.com

Attorneys for Plaintiff
SPANX, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing

SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF with the

Clerk of Court using the CM/ECF system, which will send notification of such

filing to Defendant's counsel of record:

> Theodore H. Davis Jr.
> Kilpatrick Townsend & Stockton LLP
> 1100 Peachtree Street
> Suite 2800
> Atlanta, GA 30309
>
> Steven B. Pokotilow
> Laura Goldbard George
> Binni N. Shah
> Stroock Stroock & Lavan
> 180 Maiden Lane
> New York, NY 10038-4982

This __th day of _____, 2013.


_____
Natasha H. Moffitt

# Exhibit  A

US00D606285S

(12) **United States Design Patent**   (10) **Patent No.:**       **US D606,285 S**

Schindler                              (45) **Date of Patent:**    ** **Dec. 22, 2009**

(54) **GARMENT**

(75) Inventor:  **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee:  **Times Three Clothier LLC**, New York, NY (US)

(**) Term:   **14 Years**

(21) Appl. No.:  **29/302,500**

(22) Filed:  **Jan. 17, 2008**

(51) **LOC (9) Cl.** .................................................. **02-02**
(52) **U.S. Cl.** ........................................................ **D2/840**
(58) **Field of Classification Search** .......... D2/700–703,
D2/731, 732, 828, 840, 718, 737, 847; 2/112,
2/113; 450/96, 94, 115, 116, 122–124, 127,
450/132, 154
See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,977,329 | A | * | 10/1934 | Tobin | 2/113 |
| 2,052,935 | A | * | 9/1936 | Moran | 450/10 |
| D110,662 | S | * | 7/1938 | Rielly | D2/714 |
| D129,894 | S | * | 10/1941 | Abeles | D2/703 |
| D174,115 | S | * | 3/1955 | Dior | D2/703 |
| 2,963,022 | A | * | 12/1960 | Spetalnik | 450/15 |
| 3,026,875 | A | * | 3/1962 | Kaupp | 450/116 |
| 3,036,574 | A | * | 5/1962 | Jeffrey | 450/30 |
| D211,231 | S | * | 6/1968 | Sallysy | D2/702 |
| 3,454,013 | A | * | 7/1969 | Cahill | 450/116 |
| D234,649 | S | * | 4/1975 | Cascio | D2/703 |
| D239,475 | S | * | 4/1976 | Cascio | D2/703 |
| 4,916,755 | A | | 4/1990 | Feigenbaum et al. | |
| 5,915,531 | A | * | 6/1999 | Hilpert et al. | 2/69 |
| 6,000,993 | A | * | 12/1999 | Erwin | 450/7 |
| D452,600 | S | * | 1/2002 | Kim | D2/702 |
| D453,058 | S | * | 1/2002 | Kim | D2/703 |
| D453,255 | S | * | 2/2002 | Kim | D2/702 |

| | | | | | |
|---|---|---|---|---|---|
| 6,430,748 | B1 | * | 8/2002 | Burkhart | 2/78.1 |
| D556,978 | S | * | 12/2007 | Thunstedt | D2/847 |
| 2007/0094765 | A1 | * | 5/2007 | Summers et al. | 2/113 |
| 2008/0134409 | A1 | | 6/2008 | Karasina | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-316359 | 11/2006 |
| JP | 2007-146337 | 6/2007 |
| JP | 2007-303002 | 11/2007 |

* cited by examiner

*Primary Examiner*—Ian Simmons
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—Irah H. Donner; Wilmer Cutler Pickering Hale and Dorr LLP

(57)              **CLAIM**

The ornamental design for a garment, as shown and described.

              **DESCRIPTION**

FIG. **1** is a front elevation view of Embodiment **1**, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

FIG. **5** is a right side elevation view of Embodiment **2**, of a multi-fabric garment, where the front and rear elevation views are the same as FIGS. **1**–**2**; and,

FIG. **6** is a left elevation view of Embodiment **2**, of a multi-fabric garment.

The center section and lower section of the claimed design is shaded to illustrate contrasting materials.

The broken lines depicting the stitching shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**






# FIG. 1



# FIG. 2



FIG. 3



FIG. 4



# FIG. 5



# FIG. 6

# Exhibit  B

US00D616627S

(12) **United States Design Patent**
Schindler

(10) Patent No.: **US D616,627 S**
(45) Date of Patent: ** **Jun. 1, 2010**

(54) **GARMENT**

(75) Inventor: **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee: **Times Three Clothier, LLC.**, New York, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/350,198**

(22) Filed: **Nov. 12, 2009**

**Related U.S. Application Data**

(63) Continuation of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285.

(51) **LOC (9) Cl.** ................................. **02-02**
(52) **U.S. Cl.** ...................................... **D2/702**
(58) **Field of Classification Search** ......... D2/700–703, D2/731, 732, 828, 840, 718, 737, 847, 714; 2/112, 113, 69; 450/96, 94, 115, 116, 122–124, 450/127, 132, 154, 10, 15, 30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 357,068 A | 2/1887 | Dalby | |
| 570,696 A | 11/1896 | Brown | |
| 1,774,613 A | 9/1930 | Pidgeon | |
| 1,931,822 A | 10/1933 | Hoffman | |
| 1,977,329 A | 10/1934 | Clarke | |
| 2,052,935 A | 10/1936 | Moran | |
| D110,662 S | 7/1938 | Rielly | |
| D128,536 S | * 7/1941 | Weil | D2/702 |
| D129,894 S | 10/1941 | Abeles | |
| 2,310,103 A | 2/1943 | McDonald | |
| 2,579,547 A | * 12/1951 | Cadous | 450/112 |
| D170,694 S | * 10/1953 | Kahn | D2/702 |
| D174,038 S | * 2/1955 | Goldstein | D2/702 |
| D174,114 S | * 3/1955 | Dior | D2/702 |
| D174,115 S | 3/1955 | Dior | |
| D174,194 S | * 3/1955 | Prochaska | D2/702 |
| D177,982 S | * 6/1956 | Kahn | D2/702 |

| | | |
|---|---|---|
| 2,963,022 A | 12/1960 | Spetalnik |
| 3,026,875 A | 3/1962 | Kaupp |
| 3,036,574 A | 5/1962 | Nellie |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-316359 | 11/2006 |

(Continued)

*Primary Examiner*—Philip S Hyder
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—Irah H. Donner; Wilmer Culter Pickering Hale and Dorr LLP

(57) **CLAIM**

The ornamental design for a garment, as shown and described herein.

**DESCRIPTION**

FIG. **1** is a front elevation view of Embodiment **1**, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

FIG. **5** is a right side elevation view of Embodiment **2**, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,

FIG. **6** is a left elevation view of Embodiment **2**, of a garment.

The center section and lower section of the claimed design is shaded to illustrate different appearance. The broken lines shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D616,627 S**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D211,231 S | 6/1968 | Sallysy |
| 3,454,013 A | 7/1969 | Cahill |
| D234,649 S | 4/1975 | Cascio |
| D239,475 S | 4/1976 | Cascio |
| 4,916,755 A | 4/1990 | Feigenbaum et al. |
| 5,915,531 A | 6/1999 | Hilpert et al. |
| 6,000,993 A | 12/1999 | Erwin |
| D452,600 S | 1/2002 | Kim et al. |
| D453,058 S | 1/2002 | Kim et al. |
| D453,255 S * | 2/2002 | Kim ............................ D2/702 |

| | | |
|---|---|---|
| 6,430,748 B1 | 8/2002 | Burkhart |
| D556,978 S | 12/2007 | Thunstedt et al. |
| D595,480 S * | 7/2009 | Giugliano .................... D2/702 |
| 2007/0094765 A1 | 5/2007 | Summers et al. |
| 2008/0134409 A1 | 6/2008 | Karasina |
| 2008/0244805 A1 | 10/2008 | Griffin |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2007-146337 | 6/2007 |
| JP | 2007-303002 | 11/2007 |

* cited by examiner



# FIG. 1



# FIG. 2



# FIG. 3



# FIG. 4



# FIG. 5



# FIG. 6

# Exhibit  C

US00D622477S

(12) **United States Design Patent**     (10) Patent No.:     **US D622,477 S**

Schindler                                                    (45) Date of Patent:     ** **Aug. 31, 2010**

(54) **GARMENT**

(75) Inventor:   **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee:   **Times Three Clothier, LLC**, New York, NY (US)

(**) Term:   **14 Years**

(21) Appl. No.:   **29/362,498**

(22) Filed:   **May 26, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 29/362,414, filed on May 25, 2010, which is a continuation of application No. 29/350,198, filed on Nov. 12, 2009, now Pat. No. Des. 616,627, which is a continuation of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285.

(51) **LOC (9) Cl.**   .................................................  **02-01**

(52) **U.S. Cl.**   .......................................................  **D2/700**

(58) **Field of Classification Search** .........  D2/700–703, D2/731, 732, 828, 840, 718, 737, 847, 714; 2/112, 113, 69;  450/96, 94, 115, 116, 122–124, 450/127, 132, 154, 10, 15, 30
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 357,068 A | 2/1887 | Dalby |
| 570,696 A | 11/1896 | Brown |
| 1,683,510 A | 9/1928 | Wiese |
| 1,774,613 A | 9/1930 | Pidgeon |
| 1,931,822 A | 10/1933 | Hoffman |
| 1,977,329 A | 10/1934 | Clarke |
| 2,052,784 A | 9/1936 | Martin |
| 2,052,935 A | 9/1936 | Moran |
| D110,662 S | 7/1938 | Rielly |
| D128,536 S | 7/1941 | Weil |
| D129,078 S | 8/1941 | Monteil |
| D129,894 S | 10/1941 | Abeles |

| | | |
|---|---|---|
| 2,310,103 A | 2/1943 | McDonald |
| D152,981 S | 3/1949 | Kaupp |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-316359 | 11/2006 |

(Continued)

*Primary Examiner*—Philip S Hyder
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—Stroock & Stroock & Lavan LLP

(57)                **CLAIM**

The ornamental design for a garment, as shown and described herein.

**DESCRIPTION**

FIG. **1** is a front elevation view of embodiment 1, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

FIG. **5** is a right side elevation view of embodiment 2, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,

FIG. **6** is a left elevation view of embodiment 2, of a garment.

The phantom and/or broken lines are for illustrative purposes only and form no part of the claimed design. The broken lines depicting the stitching shown in the drawings are for environmental structure only and form no part of the claimed design. The broken lines depicting the human form shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D622,477 S**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,579,547 A | 12/1951 | Cadous |
| D170,694 S | 10/1953 | Kahn |
| D174,038 S | 2/1955 | Goldstein |
| D174,114 S | 3/1955 | Dior |
| D174,115 S | 3/1955 | Dior |
| D174,194 S | 3/1955 | Prochaska |
| D177,982 S | 6/1956 | Kahn |
| D181,626 S | 12/1957 | Cassini |
| 2,963,022 A | 12/1960 | Spetalnik |
| 3,026,875 A | 3/1962 | Kaupp |
| 3,036,574 A | 5/1962 | Nellie |
| D211,231 S | 6/1968 | Sallysy |
| 3,454,013 A | 7/1969 | Cahill |
| D234,649 S | 4/1975 | Cascio |
| D239,475 S | 4/1976 | Cascio |
| 4,916,755 A | 4/1990 | Feigenbaum et al. |

| | | |
|---|---|---|
| 5,915,531 A | 6/1999 | Hilpert et al. |
| 6,000,993 A | 12/1999 | Erwin |
| D452,600 S | 1/2002 | Kim |
| D453,058 S | 1/2002 | Kim et al. |
| D453,255 S | 2/2002 | Kim et al. |
| 6,430,748 B1 | 8/2002 | Burkhart |
| D556,978 S | 12/2007 | Thunstedt et al. |
| D595,480 S | 7/2009 | Giugliano |
| 2007/0094765 A1 | 5/2007 | Summers et al. |
| 2008/0078208 A1 | 4/2008 | Kronbach |
| 2008/0134409 A1 | 6/2008 | Karasina |
| 2008/0229474 A1 | 9/2008 | Fons et al. |
| 2008/0244805 A1 | 10/2008 | Griffin |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2007-146337 | 6/2007 |
| JP | 2007-303002 | 11/2007 |



# FIG. 1



# FIG. 2



# FIG. 3



# FIG. 4



FIG. 5



# FIG. 6

# Exhibit  D

US00D623377S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D623,377 S**

Schindler    (45) **Date of Patent:**    ** **Sep. 14, 2010**

(54) **GARMENT**

(75) Inventor: **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee: **Times Three Clothier, LLC**, New York, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/362,414**

(22) Filed: **May 25, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 29/350,198, filed on Nov. 12, 2009, now Pat. No. Des. 616,627, which is a continuation of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285.

(51) **LOC (9) Cl.** .................................................. **02-01**
(52) **U.S. Cl.** ...................................................... **D2/700**
(58) **Field of Classification Search** .......... D2/700–703,
    D2/731, 732, 828, 840, 718, 737, 847, 714;
    2/112, 113, 69; 450/96, 94, 115, 116, 122–124,
    450/127, 132, 154, 10, 15, 30
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 357,068 A | 2/1887 | Dalby |
| 570,696 A | 11/1896 | Brown |
| 1,683,510 A | 9/1928 | Wiese |
| 1,774,613 A | 9/1930 | Pidgeon |
| 1,931,822 A | 10/1933 | Hoffman |
| 1,977,329 A | 10/1934 | Clarke |
| 2,052,784 A | 9/1936 | Martin |
| 2,052,935 A | 9/1936 | Moran |
| D110,662 S | 7/1938 | Rielly |
| D128,536 S | 7/1941 | Weil |
| D129,078 S | 8/1941 | Monteil |
| D129,894 S | 10/1941 | Abeles |
| 2,310,103 A | 2/1943 | McDonald |
| D152,981 S | 3/1949 | Kaupp |

| | | |
|---|---|---|
| 2,579,547 A | 12/1951 | Cadous |
| D170,694 S | 10/1953 | Kahn |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-316359 | 11/2006 |

(Continued)

*Primary Examiner*—Philip S Hyder
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—Stroock & Stroock & Lavan LLP

(57)    **CLAIM**

The ornamental design for a garment, as shown and described herein.

**DESCRIPTION**

FIG. **1** is a front elevation view of Embodiment 1, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

FIG. **5** is a right side elevation view of Embodiment 2, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,

FIG. **6** is a left elevation view of Embodiment 2, of a garment.

The phantom and/or broken lines are for illustrative purposes only and form no part of the claimed design. The broken lines depicting the stitching shown in the drawings are for environmental structure only and form no part of the claimed design. The broken lines depicting the human form shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**




**US D623,377 S**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D174,038 S | 2/1955 | Goldstein |
| D174,114 S | 3/1955 | Dior |
| D174,115 S | 3/1955 | Dior |
| D174,194 S | 3/1955 | Prochaska |
| D177,982 S | 6/1956 | Kahn |
| D181,626 S | 12/1957 | Cassini |
| 2,963,022 A | 12/1960 | Spetalnik |
| 3,026,875 A | 3/1962 | Kaupp |
| 3,036,574 A | 5/1962 | Nellie |
| D211,231 S | 6/1968 | Sallysy |
| 3,454,013 A | 7/1969 | Cahill |
| D234,649 S | 4/1975 | Cascio |
| D239,475 S | 4/1976 | Cascio |
| 4,916,755 A | 4/1990 | Feigenbaum et al. |
| 5,915,531 A | 6/1999 | Hilpert et al. |
| 6,000,993 A | 12/1999 | Erwin |
| D452,600 S | 1/2002 | Kim |
| D453,058 S | 1/2002 | Kim et al. |
| D453,255 S | 2/2002 | Kim et al. |
| 6,430,748 B1 | 8/2002 | Burkhart |
| D556,978 S | 12/2007 | Thunstedt et al. |
| D595,480 S | 7/2009 | Giugliano |
| 2007/0094765 A1 | 5/2007 | Summers et al. |
| 2008/0078208 A1 | 4/2008 | Kronbach |
| 2008/0134409 A1 | 6/2008 | Karasina |
| 2008/0229474 A1 | 9/2008 | Fons et al. |
| 2008/0244805 A1 | 10/2008 | Griffin |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2007-146337 | 6/2007 |
| JP | 2007-303002 | 11/2007 |

Case 1:13-cv-00710-WSD   Document 32   Filed 08/02/13   Page 39 of 67



# FIG. 1



FIG. 2



FIG. 3

Case 1:13-cv-00710-WSD   Document 32   Filed 08/02/13   Page 42 of 67



# FIG. 4



# FIG. 5



FIG. 6

# Exhibit  E

US00D665558S

(12) **United States Design Patent**     (10) Patent No.:       **US D665,558 S**

Schindler                                (45) Date of Patent:    ** *Aug. 21, 2012

(54) **GARMENT**

(75) Inventor:  **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee:  **Times Three Clothier, LLC**, New York, NY (US)

( * ) Notice:  This patent is subject to a terminal disclaimer.

(**) Term:  **14 Years**

(21) Appl. No.:  **29/350,288**

(22) Filed:  **Nov. 13, 2009**

**Related U.S. Application Data**

(60) Division of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285, and a division of application No. 29/350,198, filed on Nov. 12, 2009, which is a continuation of application No. 29/302,500.

(51) **LOC (9) Cl.** .................................................. **02-01**
(52) **U.S. Cl.** ....................................................... **D2/701**
(58) **Field of Classification Search** .......... D2/700–703, D2/706, 708, 731, 732, 828, 840, 718, 737, D2/847, 714, 800, 717, 723, 756, 793, 841; 450/96, 94, 115, 116, 122–124, 127, 132, 450/154, 10, 15, 30, 112, 1, 3, 7, 11, 20, 450/31, 34, 63, 64, 86, 95; 2/112, 113, 69, 2/67, 70, 73, 78.1, 78.2, 78.3, 104, 105, 109, 2/110; 66/176
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

26,473  A  *  12/1859  Brown ............................ 450/95
(Continued)

FOREIGN PATENT DOCUMENTS

DE        8513103.2        5/1985
(Continued)

OTHER PUBLICATIONS

Left-hand image on Contents page, "Self" magazine, Jan. 2006 issue. (2 pages).*

(Continued)

*Primary Examiner* — Karen E. Eldridge Powers
(74) *Attorney, Agent, or Firm* — Stroock & Stroock & Lavan LLP

(57)                **CLAIM**
The ornamental design for a garment, as shown and described herein.

**DESCRIPTION**

This application is related to co-pending U.S. Design Application 29/350,290, filed on Nov. 13, 2009, the contents of which are hereby incorporated by reference.

FIG. **1** is a front elevation view of Embodiment **1**, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof.

FIG. **4** is a left elevation view thereof.

FIG. **5** is a right side elevation view of Embodiment **2**, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,

FIG. **6** is a left elevation view of Embodiment **2**, of a garment. The sleeves are not shown in FIGS. **3-6** for ease of illustration. The center section and lower section of the claimed design is shaded to illustrate a different appearance. The dashed broken lines shown in the drawings illustrate environmental features that form no part of the claimed design. The dash-dot-dot-dash broken lines shown at the junction of the bodice with the sleeve and the interior of the bodice represent the bounds of the design and form no part of the claimed design.

The broken lines shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D665,558 S**

Page 2

### U.S. PATENT DOCUMENTS

| Number | | Date | Name | Class |
|---|---|---|---|---|
| 240,569 | A * | 4/1881 | Appleton | 66/176 |
| 357,068 | A * | 2/1887 | Dably | 66/176 |
| 432,442 | A * | 7/1890 | Sanford | 2/113 |
| 445,945 | A * | 2/1891 | Bohne | 66/176 |
| 570,696 | A * | 11/1896 | Brown | 66/176 |
| 672,028 | A * | 4/1901 | Appleton | 66/176 |
| 839,699 | A * | 12/1906 | Anderson | 2/67 |
| 933,739 | A * | 9/1909 | Bodensiek | 450/7 |
| 1,007,047 | A * | 10/1911 | Albers et al. | 2/109 |
| 1,088,371 | A * | 2/1914 | Rossiter | 450/94 |
| 1,110,749 | A | 9/1914 | De Blieux | |
| 1,121,005 | A | 12/1914 | Farnsworth | |
| 1,191,865 | A | 7/1916 | Workman | |
| 1,249,446 | A | 12/1917 | Mell | |
| 1,323,748 | A * | 12/1919 | Gitenstein | 2/78.3 |
| 1,342,188 | A * | 6/1920 | Jacob | 2/78.1 |
| 1,587,099 | A * | 6/1926 | Williams | 2/78.2 |
| 1,683,510 | A * | 9/1928 | Carl | 450/20 |
| 1,770,615 | A * | 7/1930 | Herlich | 2/67 |
| 1,774,613 | A * | 9/1930 | Pidgeon | 450/20 |
| 1,777,215 | A | 9/1930 | McGill | |
| 1,813,043 | A | 7/1931 | Foreman | |
| 1,828,310 | A * | 10/1931 | Bergh | 2/67 |
| 1,886,049 | A | 11/1932 | Rothblum | |
| 1,894,062 | A * | 1/1933 | Schrank | 2/73 |
| 1,897,619 | A * | 2/1933 | Powell | 2/67 |
| 1,899,022 | A * | 2/1933 | Duisdieker | 2/67 |
| D91,329 | S | 5/1933 | Redman | |
| 1,931,822 | A * | 10/1933 | Hoffman | 450/95 |
| 1,953,797 | A * | 4/1934 | Daniel | 2/67 |
| 1,977,329 | A * | 10/1934 | Tobin | 2/113 |
| RE19,380 | E * | 11/1934 | Craig | 2/78.2 |
| 2,000,073 | A * | 5/1935 | Goas | 66/176 |
| 2,033,456 | A | 3/1936 | Cunningham | |
| 2,035,377 | A * | 3/1936 | Redmond | 2/111 |
| 2,040,058 | A * | 5/1936 | Craig | 66/176 |
| 2,040,561 | A * | 5/1936 | Ernst | 450/34 |
| 2,052,784 | A * | 9/1936 | Charles | 66/176 |
| 2,052,935 | A * | 9/1936 | Moran | 450/10 |
| 2,076,748 | A | 4/1937 | Schweig | |
| 2,097,777 | A | 11/1937 | Rothman | |
| 2,098,881 | A * | 11/1937 | Robbins | 450/27 |
| 2,098,882 | A * | 11/1937 | Robbins | 450/27 |
| D110,662 | S * | 7/1938 | Rielly | D2/714 |
| 2,190,030 | A | 2/1940 | Kops | |
| D128,536 | S * | 7/1941 | Weil | D2/702 |
| D129,078 | S * | 8/1941 | Monteil | D2/800 |
| D129,894 | S * | 10/1941 | Abeles | D2/703 |
| 2,274,382 | A | 2/1942 | Richman | |
| 2,310,103 | A * | 2/1943 | McDonald | 2/113 |
| 2,335,751 | A | 11/1943 | Friedman | |
| 2,579,547 | A * | 12/1951 | Cadous | 450/112 |
| D170,694 | S * | 10/1953 | Kahn | D2/702 |
| D174,038 | S * | 2/1955 | Goldstein | D2/702 |
| D174,114 | S * | 3/1955 | Dior | D2/702 |
| D174,115 | S * | 3/1955 | Dior | D2/703 |
| D174,194 | S * | 3/1955 | Prochaska | D2/702 |
| D174,329 | S * | 3/1955 | Katz | D2/700 |
| 2,723,396 | A * | 11/1955 | Stack | 450/58 |
| D177,982 | S * | 6/1956 | Kahn | D2/702 |
| D181,626 | S * | 12/1957 | Cassini | D2/800 |
| 2,963,022 | A * | 12/1960 | Spetalnik | 450/15 |
| D191,347 | S | 9/1961 | Herman | |
| 3,026,875 | A * | 3/1962 | Kaupp | 450/116 |
| 3,036,574 | A * | 5/1962 | Jeffrey | 450/30 |
| 3,060,446 | A | 10/1962 | Horne | |
| 3,066,675 | A | 12/1962 | Herman | |
| 3,217,713 | A | 4/1964 | Kunel | |
| D211,231 | S * | 6/1968 | Sallasky | D2/702 |
| 3,421,513 | A | 1/1969 | Landau | |
| 3,422,818 | A | 1/1969 | Erteszek | |
| 3,454,013 | A * | 7/1969 | Cahill | 450/116 |
| 3,479,844 | A | 11/1969 | Silvain | |
| 3,556,106 | A | 1/1971 | Rosner | |
| 3,582,993 | A | 6/1971 | Keller | |
| 3,683,910 | A * | 8/1972 | McKenna | 602/68 |
| D224,700 | S * | 9/1972 | Bienefeld | D2/700 |
| 3,699,590 | A | 10/1972 | Webber et al. | |
| D234,649 | S * | 4/1975 | Cascio | D2/703 |
| D239,475 | S * | 4/1976 | Cascio | D2/702 |
| 3,949,426 | A | 4/1976 | George | |
| 4,377,007 | A | 3/1983 | Sudjian | |
| 4,916,755 | A * | 4/1990 | Feigenbaum et al. | 2/67 |
| 4,976,653 | A | 12/1990 | White | |
| 5,083,316 | A | 1/1992 | Kuehner | |
| 5,094,648 | A | 3/1992 | Turner | |
| 5,461,725 | A | 10/1995 | Witczak | |
| 5,566,392 | A | 10/1996 | Dzelzkalns | |
| 5,605,060 | A | 2/1997 | Osborne | |
| D391,740 | S | 3/1998 | Barrington et al. | |
| 5,915,531 | A * | 6/1999 | Hilpert et al. | 2/69 |
| 6,000,993 | A * | 12/1999 | Erwin | 450/7 |
| 6,061,832 | A | 5/2000 | Morrison | |
| 6,185,741 | B1 | 2/2001 | Kehoe | |
| 6,282,720 | B1 * | 9/2001 | Mayer | 2/113 |
| D452,600 | S * | 1/2002 | Kim | D2/702 |
| D453,058 | S * | 1/2002 | Kim | D2/703 |
| D453,255 | S * | 2/2002 | Kim | D2/702 |
| 6,430,748 | B1 * | 8/2002 | Burkhart | 2/78.1 |
| D476,464 | S | 7/2003 | Jenkins | |
| 6,846,217 | B1 | 1/2005 | Struble et al. | |
| D556,978 | S * | 12/2007 | Thunstedt | D2/847 |
| 7,395,557 | B1 | 7/2008 | Ledyard | |
| D595,480 | S * | 7/2009 | Giugliano | D2/702 |
| 7,905,117 | B2 * | 3/2011 | Kronback | 66/176 |
| 2006/0242748 | A1 | 11/2006 | Martz | |
| 2007/0094765 | A1 * | 5/2007 | Summers et al. | 2/113 |
| 2008/0134409 | A1 * | 6/2008 | Karasina | 2/117 |
| 2008/0229474 | A1 * | 9/2008 | Fons et al. | 2/113 |
| 2008/0244805 | A1 * | 10/2008 | Griffin | 2/74 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 202005000716 U1 | 4/2005 | |
| EP | 0174179 | 3/1986 | |
| EP | 0774241 | 5/1997 | |
| EP | 1082951 | 3/2001 | |
| EP | 1125566 | 8/2001 | |
| EP | 000385562-0106 | 7/2005 | |
| EP | 000454202-0027 | 12/2005 | |
| EP | 000454202-0121 | 12/2005 | |
| EP | 000633755-0027 | 12/2006 | |
| EP | 000730403-0023 | 5/2007 | |
| GB | 116526 | 6/1918 | |
| GB | 212307 | 3/1924 | |
| GB | 1603600 | 11/1981 | |
| GB | 3020687 | 7/2005 | |
| GB | 4004524 | 10/2007 | |
| JP | 2-82707 | 6/1990 | |
| JP | 2001-172806 | 6/2001 | |
| JP | 2002-138302 | 5/2002 | |
| JP | 2003-129303 A | 5/2003 | |
| JP | 2005-281893 A | 10/2005 | |
| JP | 2006-316359 | * 11/2006 | |
| JP | 2006-316359 A | 11/2006 | |
| JP | 2007-146337 | * 6/2007 | |
| JP | 2007-146337 A | 6/2007 | |
| JP | 2007-303002 | * 11/2007 | |
| JP | 2008-156812 A | 7/2008 | |
| WO | 96/08217 | 3/1996 | |
| WO | 01/75201 | 10/2001 | |

### OTHER PUBLICATIONS

Cover and ad page picturing Serena Williams, "Lucky" magazine, Oct. 2003. (2 pages).*

Mila Kunis Magazine Cover, [on-line]; [downloaded from the Internet on May 5, 2012]; [cover identified is for Oct. 2003 issue]; URL: <http://www.whosdatedwho.com/tpx_1783/mila-kunis-magazinecovers_13>. (4 pages).*

Yummie Tummie and Maidenform Settle Patent Infringement and Invalidity Lawsuits, Fox News 44, PR Newswire (2011). http://www.fox44now.com/story/15242333/yummie-tummie-and-maidenform-settle-patent-infringement-and-invalidity-lawsuits?clienttype=printable—printed Aug. 12, 2011.

Maidenform Brands, Inc. Reports Second Quarter 2011 Results and Provides Guidance for Full Year 2011, News Releases—General News, Iselin, NJ—/PRNewswire via COMTEX/ Aug. 10, 2011.

**US D665,558 S**

Page 3

Associated Press, "Maidenform 2Q net income drops on settlement," Forbes.com (Aug. 10, 2011). http://www.forbes.com/feeds/ap/2011/08/10/business-specialized-consumer-services-us-earns-maidenform__8611962.html?partner=email—printed Aug. 12, 2011.

Maidenform's Responses and Objections to TTC's First Set of Request for Production of Documents (Nos. 1-144)—Aug. 24, 2010.

Maidenform's Second Set of Requests for the Production of Documents and Things (Nos. 78-123)—Sep. 3, 2010.

Maidenform's Second Set of Interrogatories (Nos. 16-17)—Sep. 3, 2010.

Maidenform's First Supplemental Responses and Objections to TTC's First Set of Interrogatories—Sep. 10, 2010.

TTC's Responses to Maidenform's Second Set of Requests for Production (Nos. 78-123)—Oct. 12, 2010.

TTC's Written Responses to Maidenform's Second Set of Interrogatories (Nos. 16-17). San Francisco Chronicle article—MF0001240-1242. Women's Wear Daily article—MF0001087-1088. Oct. 12, 2010.

Maidenform's Responses and Objections to TTC's Supplemental First Set of Interrogatories (Nos. 1A-18A)—Nov. 2010.

Donner's Objections to Maidenform's Request for Production of Documents Included in the Subpoena to I. Donner—Feb. 22, 2011.

1A—Nike Fly Lightweight + Women's Sports Top, Nike, http://clothing-and-accessories.become.com/nike-fly-lightweight-womens-sports-top-com . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

2A—Pretty Shapewear Camisole, SassyBax, www.sassybax.com/pretty-camisole.php received by Applicant Aug. 24, 2010.

3A—Underwire Torso Trim, SassyBax, www.sassybax.com/underwire—trim.php received by Applicant Aug. 24, 2010.

4A—The Torso Trim, SassyBax, www.sassybax.com/torso_trim.php received by Applicant Aug. 24, 2010.

5A—Belly Bra, JCPenney, www.jcpenney.com/jcp/X6.aspx?DepID=51669&CatID=51669&Grptyp=Siz&Item . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

6A—Secret Sculptor Tunic, Shape Fx, www.shapefx.com/store/Shapewear_Shop_by_Category__Camis_Tanks_Se . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

7A—The Skinny, www.skinnycami.biz/files/ received by Applicant Aug. 24, 2010.

8A—Slimplicity Lingerie Strap Camisole, Spanx, www.spanx.com/product/index.jsp?productId=3977353&cp=2992553.4015964&par . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

9A—Hide & Sleek Cami, Spanx, http://web.archive.org/ . . .(URL is incomplete) received by Applicant Aug. 24, 2010.

10A—Hide & Sleek Full Slip 18 Inch 060A, Spanx, www.herroom.com/Spanx-060A-Hide-Sleek-Full-Slip-18-Inch.shtml received by Applicant Aug. 24, 2010.

11A—Teez-Her The Skinny Tank, Teez-Her, www.essentialapparel.com/index.cfm/a/catalog.prodshow/vid/72638/catid/267/Teez . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

12A—Cami-Rolls, http://camirolls.com/shop.shtml received by Applicant Aug. 24, 2010.

13A—TummyTee, www.redefyne.com/tummytee.html received by Applicant Aug. 24, 2010.

14A—Champion Seamless Empire Top with Built-In Sports Bra, Champion, www.championusa.com/Champion/Products/Women-Champion/Women_ShopByCa . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

15A—Cosabella Smooth Bodyshaper Cami SHPE702, CosaBella, www.herroom.com/Cosabella-Shpe702-Smooth-Bodyshaper-Cami.shtml received by Applicant Aug. 24, 2010.

16A—Daisy Fuentes Slimming Camisole, Kohls, www.kohls.com/upgrade/webstore/product_page.jsp?Product%3C  %3Eprd_id=8 received by Applicant Aug. 24, 2010.

17A—582L Countouring Balconet Bra Cami-Long Torso, Dumi Shapewear, www.du-mi.com/store/product-info.php?pid12.html received by Applicant Aug. 24, 2010.

18A—Very Precious, Great Glam, http://greatglam.com/pd-very-precious.cfm received by Applicant Aug. 24, 2010.

19A—Sensual Charm, Great Glam, http://greatglam.com/pd-sensual-charm1.cfm received by Applicant Aug. 24, 2010.

20A—Yalof Schwartz, Suze, "Too Busy for the Gym?" Glamour, www.glamour.com/fashion/blogs/slaves-to-fashion/2007/10/too-bus . . . (URL is incomplete) received by Applicant Aug. 24, 2010. Page shown present on Internet approximately Oct. 2010.

21A—Underwire Torso Trim, Sassybax, http://webarchive.org/web/20071020033219/sassybax.com received by Applicant Aug. 24, 2010. Page shown present on Internet on Oct. 20, 2007.

22A—Nancy Ganz The Belly Band Convertible Bodybriefer 3313, Nancy Ganz, www.herroom.com/NancyGanz . . . (URL is incomplete) received by Applicant Aug. 24, 2010. Page shown present on Internet on Nov. 25, 2007.

23A—Spanx Hide & Sleek Full Slip 060A, Spanx, www.herroom.com/Spanx-Hide . . . (URL is incomplete) received by Applicant Aug. 24, 2010. Page shown on Internet on Nov. 1, 2007.

24A—Spanx Hide & Sleek Cami 050, Spanx, www.herroom.com/Spanx . . . (URL is incomplete) received by Applicant Aug. 24, 2010. Page shown present on Internet on Oct. 30, 2007.

25Aa, 25Ab. 25Ac—Collection of Photographs received by Applicant on Dec. 8, 2010 received by Applicant Aug. 24, 2010.

26A—Alleged Ann Mason Receipt; Nov. 26, 2006.

27Aa, 27Ab—Declaration of Ann Mason; May 19, 2007.

28A—Yummie Tummie and Maidenform Settle Patent Infringement and Invalidity Lawsuits, Fox News 44, PR Newswire (2011). http://www.fox44now.com/story/15242333/yummie-tummie-and-maidenform-settle-patent-infringement-and-invalidity-lawsuits?clienttype=printable—printed Aug. 12, 2011.

29A—Maidenform Brands, Inc. Reports Second Quarter 2011 Results and Provides Guidance for Full Year 2011, News Releases—General News, Iselin, NJ—/PRNewswire via COMTEX/ Aug. 10, 2011.

30A—Associated Press, "Maidenform 2Q net income drops on settlement," Yahoo News (Aug. 10, 2011). http:// news.yahoo.com/maidenform-2q-net-income-drops-settlement-125621767.html—printed Apr. 20, 2012.

1—Email from Christine Conforte to Heather Schindler "FW: Tummy Tee," sent Dec. 1, 2006.

2—Email from Christine Conforte to Heather Schindler "Liz Lange," sent Dec. 13, 2006.

3—Email from Heather Schindler to Chistine Conforte "Liz Lange," sent Dec. 13, 2006.

4—Email from Christine Conforte "Liz Lange," sent Dec. 11, 2006.

5—Email from Heather Schindler to Christine Conforte "Liz Lange," sent Dec. 9, 2006.

6—Email from Christine Conforte to Heather Schindler "Liz Lange," sent Dec. 7, 2006.

7—Email from Heather Schindler to Christine Conforte "Liz Lange," sent Dec. 7, 2006.

8—Email from Christine Conforte to Heather Schindler, "Liz Lange," sent Dec. 6, 2006.

9—Email from Heather Schindler to Liz Lange copying Michelle Mooring and Christine Conforte, "Follow Up," sent Jan. 24, 2007.

10—Email from Liz Lange to Heather Schindler copying Christine Conforte and Michelle Mooring, "Follow Up," sent Jan. 23, 2007.

11—Email from Heather Schindler to Liz Lange copying Christine Conforte and Michelle Mooring, "Follow Up," sent Jan. 23, 2007.

12—Email from Liz Lange to Heather Schindler copying Christine Conforte "Follow Up," sent Jan. 19, 2007.

13—Email from Heather Schindler to Christine Conforte copying Michelle Mooring "FW: TummyTube," sent Jan. 31, 2007.

14—Email from Christine Conforte to Heather Schindler copying Liz Lange "Tummy Tube," sent Jan. 30, 2011.

15—Email from Heather Schindler to Liz Lange copying Michelle Mooring and Christine Conforte "TummyTube," sent Feb. 6, 2007.

16—Email from Liz Lange to Heather Schindler and Christine Conforte "TummyTube," sent Feb. 2, 2007.

17—Email from Heather Schindler to Christine Conforte copying Liz Lange "TummyTube," sent Feb. 2, 2007.

18—Email from Christine Conforte to Heather Schindler copying Liz Lange "TummyTube," sent Jan. 30, 2007.

19—"Style Spy," Lucky Magazine, p. 26, Jan. 2002 issue.

20—LeCove swimwear catalog, p. 26 received by Applicant Aug. 24, 2010.

**US D665,558 S**

Page 4

21—JC Penney maternity catalog, p. 165 received by Applicant Aug. 24, 2010.

22—WWD Intimates catalog, cover received by Applicant Aug. 24, 2010.

23—"Fashion Q & A," Shape Magazine, p. 68. Jan. 2008 issue.

24—Vogue Magazine, vol. 15, cover received by Applicant Aug. 24, 2010.

25—"Self Selects," Self Magazine, p. 162. Jun. 2000 issue.

26—"Do good while you shop," Lucky Magazine, p. 286. Oct. 2006 issue.

27—"Photo Finish," WWD Intimates catalog. 2006.

28—"Shapewear Report," In Style Magazine, pp. 338-346. Sep. 2007 issue.

29—Self Magazine advertisements. Jun. 2007 issue.

30—Self Magazine, p. 33. Dec. 2007 issue.

31—"My best stress bust is . . .," Self Magazine, p. 200. Apr. 2002 issue.

32—Times Three Clothier, LLC Sales Order No. 1000, Sales Order Date Apr. 30, 2007.

33—Email from Ivan A. Saperstein to Heather Schindler copying Michelle Mooring and J. Schindler "Gatsby's" sent Jul. 20, 2007.

34—Email from Heather Schindler to Ivan A. Saperstein copying Michelle Mooring and J. Schindler "Gatsby's" Jul. 20, 2007.

35—Email from Ivan A. Saperstein to Michelle Mooring, Heather Schindler and J. Schindler "Gatsby's" Jul. 20, 2007.

36—Invoice billed and shipped to Seams Beautiful-Carolyn Weaver, Invoice # 00006138, Aug. 11, 2006.

37—Invoice billed and shipped to Seams Beautiful-Carolyn Weaver, Invoice # 00006155, Aug. 25, 2006.

38—Packing Slip to Seams Beautiful, Aug. 25, 2006.

39a, 39b, 39c, 39d, 39e, 39f, 39g, 39h, 39i—*Maidenform* v. *Times Three Clothier LLC* d/b/a Yummie Tummie, Case No. 10-cv-1661 (GBD)—Skinny Cami Declarations. pp. 1-118 (submitted in 9 parts) received by Applicant Dec. 14, 2010.

40—Applicant's Specifications. pp.1-3 (submitted in 1 part) dated May 24, 2007-Jun. 11, 2007.

41—Maidenform's Initial Disclosures—Jul. 9, 2010. pp. 1-13 (submitted in 1 part).

42—Maidenform's Responses and Objections to TTCc's First Set of Interrogatories (Nos. 1-18)—Aug. 24, 2010. pp. 1-12 (submitted in 1 part).

43—Skinny Camisole Slimmer Corset Shaper Girdle, http://co103w.co1103.mail.live.com/mail/RteTrame_15.1.3059.0405.html?pf=pf (URL is incomplete). Pages 1-3 (submitted in 1 part) received by Applicant Aug. 24, 2010.

44a, 44b, 44c—Applicant's Tummy Tees. pp. 1-3 (submitted in 3 parts). 6Ba is Applicant's Tummy Tee early prototype sewn in Feb./Mar. 2005. 6Bb and 6Bc are photos of Applicant's production sample first received May 30, 2007.

45—Gazelle Sleeveless Long Shirt, Adidas, www.shopadidas.com/product/index.jsp?productID=3847890&v2=y&cp=3748175.3 . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

46—Super Soft Slimmer Tank, MyShape, www.myshape.com/shop/style/11906?ci_sku=11906&utm_source . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

47—Ann Michell Spaghetti Strap Tank Top Style 982, Lauren Silva, www.laurensilva.com/Ann_Michell_Spaghetti_Strap_Camisole_Control_Shirt_p/an . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

48—New Marilyn Monroe Smoothing Camisole 7762, ebay, www.cgi.ebay.com/New-Marilyn-Monroe-Smoothing-Camisole-7762-28 . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

49—Nancy Ganz The Belly Band Convertible Bodybriefer 3313, Her Room, www.herroom.com/Nancy-Ganz-3313-The-Belly-Band-Convertible-Bodyvriefer.sht . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

50—Nike Seamless Airborne Women's Long Tank Top, Nike, http://store.nike.com/us/en_us/?l=shop,pdp,ctr-inline/cid-1/pid-282277/pgid-238467 received by Applicant Aug. 24, 2010.

* cited by examiner



FIG. 1



FIG. 2



# FIG. 3



# FIG. 4



FIG. 5



# FIG. 6

**Exhibit  F**

US00D666384S

(12) **United States Design Patent**

Schindler

(10) Patent No.: **US D666,384 S**

(45) Date of Patent: ** **Sep. 4, 2012**

(54) **GARMENT**

(75) Inventor: **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee: **Times Three Clothier, LLC**, New York, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/392,830**

(22) Filed: **May 26, 2011**

**Related U.S. Application Data**

(60) Continuation of application No. 29/350,290, filed on Nov. 13, 2009, now abandoned, which is a division of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285, said application No. 29/392,830 is a continuation of application No. 29/350,288, filed on Nov. 13, 2009, which is a division of application No. 29/302,500.

(51) **LOC (9) Cl.** .................................................. **02-01**

(52) **U.S. Cl.** ....................................................... **D2/701**

(58) **Field of Classification Search** .................. D2/700, D2/701, 702, 703, 706, 708, 714, 717, 718, D2/723, 731, 732, 756, 793, 800, 828, 840, D2/841, 847; 2/67, 69, 70, 73, 78.1, 78.2, 2/78.3, 104, 105, 109, 110, 112, 113; 66/176; 450/1, 3, 7, 10, 11, 15, 20, 30, 31, 34, 63, 450/64, 86, 94, 95, 96, 112, 115, 116, 122, 450/123, 124, 127, 132, 154

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

357,068 A    2/1887  Dalby

(Continued)

FOREIGN PATENT DOCUMENTS

DE       G8513103.2       8/1985

(Continued)

OTHER PUBLICATIONS

Left-hand image on Contents page, "Self" magazine, Jan. 2006 issue. (2 pages).*

(Continued)

*Primary Examiner* — Karen E Eldridge Powers

(74) *Attorney, Agent, or Firm* — Stroock & Stroock & Lavan LLP

(57) **CLAIM**

I claim the ornamental design for a garment, as shown and described.

**DESCRIPTION**

This application is related to the following applications:
U.S. Design application Ser. No. 29/362,414, filed on May 25, 2010 now U.S. Pat. No. D623,377,
U.S. Design application Ser. No. 29/362,498, filed on May 26, 2010 now U.S. Pat. No. D622,477,
U.S. Design application Ser. No. 29/350,198, filed on Nov. 12, 2009 now U.S. Pat. No. D616,627, the contents of each of the above applications are hereby incorporated by reference.
FIG. **1** is a front elevation view of embodiment 1, of a garment;
FIG. **2** is a rear elevation view thereof;
FIG. **3** is a right elevation view thereof;
FIG. **4** is a left elevation view thereof;
FIG. **5** is a right side elevation view of embodiment 2, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,
FIG. **6** is a left elevation view of embodiment 2, of a garment. The dashed broken lines depicting stitching and the human form shown in the drawings are for environmental structure only and form no part of the claimed design. The dash-dot-dot-dash broken lines shown at the junction of the bodice with the sleeve and the interior of the bodice represent the bounds of the design and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





# US D666,384 S

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 570,696 | A | | 11/1896 | Brown |
| 709,200 | A | * | 9/1902 | Buckley .............................. 2/73 |
| 933,739 | A | | 9/1909 | Bodensiek |
| 1,110,749 | A | | 9/1914 | De Blieux |
| 1,121,005 | A | | 12/1914 | Farnsworth |
| 1,191,865 | A | | 7/1916 | Workman |
| 1,249,446 | A | | 12/1917 | Mell |
| 1,683,510 | A | * | 9/1928 | Wiese .............................. 450/20 |
| 1,774,613 | A | | 9/1930 | Pidgeon |
| 1,777,215 | A | | 9/1930 | McGill |
| 1,813,043 | A | | 7/1931 | Foreman |
| 1,886,049 | A | | 11/1932 | Rothblum |
| D91,329 | S | | 5/1933 | Redman |
| 1,931,822 | A | | 10/1933 | Hoffman |
| 1,977,329 | A | | 10/1934 | Tobin |
| 2,033,456 | A | | 3/1936 | Cunningham |
| 2,040,058 | A | | 5/1936 | Mendel et al. |
| 2,040,657 | A | * | 5/1936 | Kops et al. .................... 139/421 |
| 2,052,935 | A | | 9/1936 | Moran |
| 2,076,748 | A | | 4/1937 | Schweig |
| 2,097,777 | A | | 11/1937 | Rothman |
| D110,662 | S | | 7/1938 | Rielly |
| D111,201 | S | * | 9/1938 | Imerman .......................... D2/723 |
| 2,190,030 | A | | 2/1940 | Kops |
| D128,536 | S | | 7/1941 | Weil |
| D129,894 | S | | 10/1941 | Abeles |
| 2,274,382 | A | | 2/1942 | Richman |
| 2,310,103 | A | | 2/1943 | McDonald |
| 2,335,751 | A | * | 11/1943 | Friedman .......................... 2/73 |
| 2,579,547 | A | | 12/1951 | Cadous |
| D170,694 | S | | 10/1953 | Kahn |
| D174,038 | S | | 2/1955 | Goldstein |
| D174,114 | S | | 3/1955 | Dior |
| D174,115 | S | | 3/1955 | Dior |
| D174,194 | S | | 3/1955 | Prochaska |
| D177,982 | S | | 6/1956 | Kahn |
| 2,963,022 | A | | 12/1960 | Spetalnik |
| 2,976,708 | A | * | 3/1961 | Gordon .......................... 66/176 |
| D191,347 | S | | 9/1961 | Herman |
| 3,026,875 | A | | 3/1962 | Kaupp |
| 3,036,574 | A | | 5/1962 | Jeffrey |
| 3,060,446 | A | | 10/1962 | Horne |
| 3,066,675 | A | | 12/1962 | Herman |
| 3,217,713 | A | | 11/1965 | Kunel |
| D211,231 | S | | 6/1968 | Salisky |
| 3,421,513 | A | | 1/1969 | Landau |
| 3,422,818 | A | | 1/1969 | Erteszek |
| 3,454,013 | A | | 7/1969 | Cahill |
| 3,479,844 | A | | 11/1969 | Silvain |
| 3,490,449 | A | * | 1/1970 | Ewehvahn .................... 450/155 |
| 3,556,106 | A | | 1/1971 | Rosner |
| 3,582,993 | A | | 6/1971 | Keller |
| 3,699,590 | A | | 10/1972 | Webber et al. |
| D234,649 | S | | 4/1975 | Lo Cascio |
| D239,475 | S | | 4/1976 | Lo Cascio |
| 3,949,426 | A | | 4/1976 | George |
| 4,377,007 | A | | 3/1983 | Sudjian |
| 4,916,755 | A | | 4/1990 | Feigenbaum et al. |
| 4,976,653 | A | | 12/1990 | White |
| 5,083,316 | A | | 1/1992 | Kuehner |
| 5,094,648 | A | | 3/1992 | Turner |
| 5,461,725 | A | | 10/1995 | Witczak |
| 5,566,392 | A | | 10/1996 | Dzelzkalns |
| 5,605,060 | A | | 2/1997 | Osborne |
| 5,667,422 | A | * | 9/1997 | Erwin .......................... 450/30 |
| D391,740 | S | | 3/1998 | Barrington et al. |
| D393,736 | S | * | 4/1998 | Rubin .......................... D2/717 |
| 5,772,492 | A | * | 6/1998 | Erwin .......................... 450/30 |
| 5,915,531 | A | | 6/1999 | Hilpert et al. |
| 6,000,993 | A | | 12/1999 | Erwin |
| 6,061,832 | A | | 5/2000 | Morrison |
| 6,185,741 | B1 | | 2/2001 | Kehoe |
| D452,600 | S | | 1/2002 | Kim |
| D453,058 | S | | 1/2002 | Kim |
| D453,255 | S | | 2/2002 | Kim |
| 6,430,748 | B1 | | 8/2002 | Burkhart |
| D476,464 | S | | 7/2003 | Jenkins |
| 6,766,533 | B1 | * | 7/2004 | Meier et al. ........................ 2/67 |

| | | | | |
|---|---|---|---|---|
| 6,846,217 | B1 | | 1/2005 | Struble et al. |
| D521,712 | S | * | 5/2006 | Overby .......................... D2/717 |
| 7,115,015 | B2 | * | 10/2006 | Horii et al. .................... 450/33 |
| 7,181,775 | B2 | * | 2/2007 | Carney .......................... 2/311 |
| D556,978 | S | | 12/2007 | Thunstedt |
| 7,395,557 | B1 | | 7/2008 | Ledyard |
| D595,480 | S | | 7/2009 | Giugliano |
| RE41,654 | E | * | 9/2010 | Struble et al. .................. 450/31 |
| 7,878,881 | B2 | * | 2/2011 | Hendrickson .................. 450/36 |
| 7,900,276 | B2 | * | 3/2011 | Hendrickson et al. ........... 2/237 |
| D644,411 | S | * | 9/2011 | Guerrier .......................... D2/703 |
| D644,412 | S | * | 9/2011 | Reuther .......................... D2/714 |
| 2001/0054303 | A1 | * | 12/2001 | Browder, Jr. ................ 66/171 |
| 2004/0163159 | A1 | * | 8/2004 | Edwards et al. ............... 2/338 |
| 2006/0242748 | A1 | | 11/2006 | Martz |
| 2007/0094765 | A1 | | 5/2007 | Summers et al. |
| 2007/0118062 | A1 | * | 5/2007 | Fleck ............................... 602/75 |
| 2008/0078248 | A1 | * | 4/2008 | Kronbach ...................... 66/171 |
| 2008/0134409 | A1 | | 6/2008 | Karasina |
| 2008/0244805 | A1 | | 10/2008 | Griffin |
| 2009/0299258 | A1 | * | 12/2009 | Cureington-Sims ........... 602/61 |
| 2011/0061147 | A1 | * | 3/2011 | Welfeld .......................... 2/237 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 202005000716 | U1 | 4/2005 |
| EP | 0174179 | | 3/1986 |
| EP | 0774241 | | 5/1997 |
| EP | 1082951 | | 3/2001 |
| EP | 1125566 | | 8/2001 |
| EP | 000385562-0106 | | 7/2005 |
| EP | 000454202-0027 | | 12/2005 |
| EP | 000454202-0121 | | 12/2005 |
| EP | 000633755-0027 | | 12/2006 |
| EP | 000730403-0023 | | 5/2007 |
| GB | 116526 | | 6/1918 |
| GB | 212307 | | 3/1924 |
| GB | 1603600 | | 11/1981 |
| GB | 3020687 | | 7/2005 |
| GB | 4004524 | | 10/2007 |
| JP | 2-82707 | | 6/1990 |
| JP | 2001-172806 | | 6/2001 |
| JP | 2002-138302 | | 5/2002 |
| JP | 2003-129303 | A | 5/2003 |
| JP | 2005-281893 | A | 10/2005 |
| JP | 2006-316359 | A | 11/2006 |
| JP | 2007-146337 | A | 6/2007 |
| JP | 2007-303002 | | 11/2007 |
| JP | 2008-156812 | A | 7/2008 |
| WO | 96/08217 | | 3/1996 |
| WO | 01/75201 | | 10/2001 |

## OTHER PUBLICATIONS

Cover and ad page picturing Serena Williams, "Lucky" magazine, Oct. 2003. (2 pages).*

Mila Kunis Magazine Cover, [on-line]; [downloaded from the Internet on May 5, 2012]; [cover identified is for Oct. 2003 issue]; URL: <http://www.whosdatedwho.com/tpx__1783/mila-kunis-magazinecovers_13>. (4 pages).*

Maidenform Brands, Inc. Reports Second Quarter 2011 Results and Provides Guidance for Full Year 2011, News Releases—General News, Iselin, NJ—/PRNewswire via COMTEX/ Aug. 10, 2011.

Associated Press, "Maidenform 2Q net income drops on settlement," Forbes.com (Aug. 10, 2011). http://www.forbes.com/feeds/ap/2011/08/10/business-specialized-consumer-services-us-earns-maidenform_8611962.html?partner=email—printed Aug. 12, 2011.

Maidenform's Responses and Objections to TTC's First Set of Requests for Production of Documents (Nos. 1-144)—Aug. 24, 2010.

Maidenform's Second Set of Requests for the Production of Documents and Things (Nos. 78-123)—Sep. 3, 2010.

Maidenform's Second Set of Interrogatories (Nos. 16-17)—Sep. 3, 2010.

Maidenform's First Supplemental Responses and Objections to TTC's First Set of Interrogatories—Sep. 10, 2010.

TTC's Responses to Maidenform's Second Set of Requests for Production (Nos. 78-123)—Oct. 12, 2010.

## US D666,384 S

Page 3

TTC's Written Responses to Maidenform's Second Set of Interrogatories (Nos. 16-17). San Francisco Chronicle article—MF0001240-1242. Women's Wear Daily article—MF0001087-1088. Oct. 12, 2010.

Maidenform's Responses and Objections to TTC's Supplemental First Set of Interrogatories (Nos. 1A-18A)—Nov. 26, 2010.

I. Donner's Objections to Maidenform's Request for Production of Documents Included in the Subpoena to I. Donner—Feb. 22, 2011.

Email from Christine Conforte to Heather Schindler "FW: Tummy Tee," sent Dec. 1, 2006.

Email from Christine Conforte to Heather Schindler "Liz Lange," sent Dec. 13, 2006.

Email from Heather Schindler to Chistine Conforte "Liz Lange," sent Dec. 13, 2006.

Email from Christine Conforte "Liz Lange," sent Dec. 11, 2006.

Email from Heather Schindler to Christine Conforte "Liz Lange," sent Dec. 9, 2006.

Email from Christine Conforte to Heather Schindler "Liz Lange," sent Dec. 7, 2006.

Email from Heather Schindler to Christine Conforte "Liz Lange," sent Dec. 7, 2006.

Email from Christine Conforte to Heather Schindler, "Liz Lange," sent Dec. 6, 2006

Email from Heather Schindler to Liz Lange copying Michelle Mooring and Christine Conforte, "Follow Up," sent Jan. 24, 2007.

Email from Liz Lange to Heather Schindler copying Christine Conforte and Michelle Mooring, "Follow Up," sent Jan. 23, 2007.

Email from Heather Schindler to Liz Lange copying Christine Conforte and Michelle Mooring, "Follow Up," sent Jan. 23, 2007.

Email from Liz Lange to Heather Schindler copying Christine Conforte "Follow Up," sent Jan. 19, 2007.

Email from Heather Schindler to Christine Conforte copying Michelle Mooring "FW: TummyTube," sent Jan. 31, 2011.

Email from Christine Conforte to Heather Schindler copying Liz Lange "Tummy Tube," sent Jan. 30, 2011.

Email from Heather Schindler to Liz Lange copying Michelle Mooring and Christine Conforte "TummyTube," sent Feb. 6, 2007.

Email from Liz Lange to Heather Schindler and Christine Conforte "TummyTube," sent Feb. 2, 2007.

Email from Heather Schindler to Christine Conforte copying Liz Lange "TummyTube," sent Feb. 2, 2007.

Email from Christine Conforte to Heather Schindler copying Liz Lange "TummyTube," sent Jan. 30, 2007.

"Style Spy," Lucky Magazine, p. 26, Jan. 2002 issue.

LeCove swimwear catalog, p. 26 received by Applicant Aug. 24, 2010.

JC Penney maternity catalog, p. 165 received by Applicant Aug. 24, 2010.

WWD Intimates catalog, cover received by Applicant Aug. 24, 2010.

"Fashion Q & A," Shape Magazine, p. 68. Jan. 2008 issue.

Vogue Magazine, vol. 15, cover received by Applicant Aug. 24, 2010.

"Self Selects," Self Magazine, p. 162. Jun. 2000 issue.

"Do good while you shop," Lucky Magazine, p. 286. Oct. 2006 issue.

"Photo Finish," WWD Intimates catalog. 2006.

"Shapewear Report," In Style Magazine, pp. 338-346. Sep. 2007 issue.

Self Magazine advertisements. Jun. 2007 issue.

Self Magazine, p. 33. Dec. 2007 issue.

"My best stress bust is . . . ," Self Magazine, p. 200. Apr. 2002 issue.

Times Three Clothier, LLC Sales Order No. 1000, Sales Order Date Apr. 30, 2007.

Email from Ivan A. Saperstein to Heather Schindler copying Michelle Mooring and J. Schindler "Gatsby's" sent Jul. 20, 2007.

Email from Heather Schindler to Ivan A. Saperstein copying Michelle Mooring and J. Schindler "Gatsby's" Jul. 20, 2007.

Email from Ivan A. Saperstein to Michelle Mooring, Heather Schindler and J. Schindler "Gatsby's" Jul. 20, 2007.

Invoice billed and shipped to Seams Beautiful-Carolyn Weaver, Invoice # 00006138, Aug. 11, 2006.

Invoice billed and shipped to Seams Beautiful Carolyn Weaver, Invoice # 00006155, Aug. 25, 2006.

Packing Slip to Seams Beautiful, Aug. 25, 2006.

*Maidenform* v. *Times Three Clothier LLC* d/b/a Yummie Tummie, Case No. 10-cv-1661 (GBD)—Skinny Cami Declarations. pp. 1-118 (submitted in 9 parts) received by Applicant Dec. 14, 2010.

Applicant's Specifications. pp 1-3 (submitted in 1 part) dated May 24, 2007-Jun. 11, 2007.

Maidenform's Initial Disclosures—Jul. 9, 2010. pp. 1-13 (submitted in 1 part).

Maidenform's Responses and Objections to TTC's First Set of Interrogatories (Nos. 1-18)—Aug. 24, 2010. pp. 1-12 (submitted in 1 part).

Skinny Camisole Slimmer Corset Shaper Girdle, http://co103w.co1103.mail.live.com/mail/RteTrame__15.1.3059.0405.html?pf=pf (URL is incomplete). pp. 1-3 (submitted in 1 part) received by Applicant Aug. 24, 2010.

Applicant's Tummy Tees. pp. 1-3 (submitted in 3 parts). 6Ba is Applicant's Tummy Tee early prototype sewn in Feb./Mar. 2005. 6Bb and 6Bc are photos of Applicant's production sample first received May 30, 2007.

Gazelle Sleeveless Long Shirt, Adidas, www.shopadidas.com/product/index.jsp?productID=3847890&v2=y&cp=3748175.3 . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Super Soft Slimmer Tank, MyShape, www.myshape.com/shop/style/11906?ci_sku=11906&utm_source . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Ann Michell Spaghetti Strap Tank Top Style 982, Lauren Silva, www.laurensilva.com/Ann__Michell__Spaghetti__Strap__Camisole__Control__Shirt__p/an . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

New Marilyn Monroe Smoothing Camisole 7762, ebay, www.cgi.ebay.com/New-Marilyn-Monroe-Smoothing-Camisole-7762-28 . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Nancy Ganz The Belly Band Convertible Bodybriefer 3313, Her Room, www.herroom.com/Nancy-Ganz-3313-The-Belly-Band-Convertible-Bodyvriefer.sht . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Nike Seamless Airborne Women's Long Tank Top, Nike, http://store.nike.com/us/en__us/?1=shop,pdp,ctr-inline/cid-1/pid-282277/pgid-238467 received by Applicant Aug. 24, 2010.

Nike Fly Lightweight + Women's Sports Top, Nike, http://clothing-and-accessories.become.com/nike-fly-lightweight-womens-sports-top-com . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Pretty Shapewear Camisole, SassyBax, www.sassybax.com/pretty-camisole.php received by Applicant Aug. 24, 2010.

Underwire Torso Trim, SassyBax, www.sassybax.com/underwire__trim.php received by Applicant Aug. 24, 2010.

The Torso Trim, SassyBax, www.sassybax.com/torso__trim.php received by Applicant Aug. 24, 2010.

Belly Bra, JCPenney, www.jcpenney.com/jcp/X6.aspx?DeptID=51669&CatID=51669&Grptyp=Siz&Item . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Secret Sculptor Tunic, Shape Fx, www.shapefx.com/store/Shapewear__Shop__by__Category__Camis__Tanks__Se . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

The Skinny, www.skinnycami.biz/files/ received by Applicant Aug. 24, 2010.

Slimplicity Lingerie Strap Camisole, Spanx, www.spanx.com/product/index.jsp?productId=3977353&cp=2992553.4015964&par . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Hide & Sleek Cami, Spanx, http://web.archive.org/ . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Hide & Sleek Full Slip 18 Inch 060A, Spanx, www.herroom.com/Spanx-060A-Hide-Sleek-Full-Slip-18-Inch.shtml received by Applicant Aug. 24, 2010.

Teez-Her The Skinny Tank, Teez-Her, www.essentialapparel.com/index.cfm/a/catalog.prodshow/vid/72638/catid/267/Teez . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Cami-Rolls, http://camirolls.com/shop.shtml received by Applicant Aug. 24, 2010.

TummyTee, www.redefyne.com/tummytee.html received by Applicant Aug. 24, 2010.

## US D666,384 S

Page 4

Champion Seamless Empire Top with Built-In Sports Bra, Champion, www.championusa.com/Champion/Products/Women-Champion/Women_ShopByCa . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Cosabella Smooth Bodyshaper Cami SHPE702, CosaBella, www.herroom.com/Cosabella-Shpe702-Smooth-Bodyshaper-Cami.shtml received by Applicant Aug. 24,2010.

Daisy Fuentes Slimming Camisole, Kohls, www.kohls.com/upgrade/webstore/product_page.jsp?PRODUCT%3C%3Eprd_id=8 received by Applicant Aug. 24, 2010.

582L Countouring Balconet Bra Cami-Long Torso, Dumi Shapewear, www.du-mi.com/store/product-info.php?  pid12.html received by Applicant Aug. 24, 2010.

Very Precious, Great Glam, http://greatglam.com/pd-very-precious.cfm received by Applicant Aug. 24, 2010.

Sensual Charm, Great Glam, http://greatglam.com/pd-sensual-charm1.cfm received by Applicant Aug. 24, 2010.

Yalof Schwartz, Suze, "Too Busy for the Gym?" Glamour, www.glamourcom/fashion/blogs/slaves-to-fashion/2007/10/too-bus . . . (URL is incomplete) received by Applicant Aug. 24, 2010, Page shown present on Internet approximately Oct. 2007.

Underwire Torso Trim, Sassybax, http://webarchive.org/web/20071020033219/sassybax.com received by Applicant Aug. 24, 2010, Page shown present on Internet on Oct. 20, 2007.

Nancy Ganz The Belly Band Convertible Bodybriefer 3313, Nancy Ganz, www.herroom.com/NancyGanz . . . (URL is incomplete) received by Applicant Aug. 24, 2010, Page shown present on Internet on Nov. 25, 2007.

Spanx Hide & Sleek Full Slip 060A, Spanx, www.herroom.com/Spanx-Hide . . . (URL is incomplete) received by Applicant Aug. 24, 2010, Page shown present on Internet on Nov. 1, 2001.

Spanx Hide & Sleek Cami 050, Spanx, www.herroom.com/Spanx . . . . (URL is incomplete) received by Applicant Aug. 24, 2010, Page shown present on Internet on Oct. 30, 2007.

Collection of Photographs received by Applicant (submitted in 3 parts) on Dec. 8, 2010 received by Applicant Aug. 24, 2010.

Alleged Ann Mason Receipt; Nov. 26, 2006.

Declaration of Ann Mason; May 19, 2007.

Yummie Tummie and Maidenform Settle Patent Infringement and Invalidity Lawsuits, Fox News 44, PR Newswire (2011). http://www.fox44now.com/story/15242333/yummie-tummie-and-maidenform-settle-patent-infringement-and-invalidity-

lawsuits?clienttype=printable—printed Aug. 12, 2011.

Maidenform Brands, Inc. Reports Second Quarter 2011 Results and Provides Guidance for Full Year 2011, News Releases—General News, Iselin, NJ—/PRNewswire via COMTEXT/ Aug. 10, 2011.

Associated Press, "Maidenform 2Q net income drops on settlement," Yahoo News (Aug. 10, 2011). http://news.yahoo.com/maidenform-2q-net-income-drops-settlement-125621767.html—printed Apr. 20, 2012.

* cited by examiner



# FIG. 1



# FIG. 2



FIG. 3



# FIG. 4



FIG. 5



FIG. 6

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : D666,384 S                                          Page 1 of 1
APPLICATION NO.     : 29/392830
DATED               : September 4, 2012
INVENTOR(S)         : Heather Thomson Schindler

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

      Title page:

            Change the following from:

"Continuation of application No. 29/350,290, filed on November 13, 2009, now abandoned, which is..."

to

-- Continuation of application No. 29/350,290, filed on November 13, 2009, now Pat. No. Des. 667,607, which is... --

Signed and Sealed this
Thirteenth Day of November, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*