## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SPANX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-CV-00710-WSD |
| | ) | |
| v. | ) | |
| | ) | |
| TIMES THREE CLOTHIER, LLC | ) | |
| d/b/a Yummie Tummie, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT TIMES THREE CLOTHIER, LLC'S CORRECTED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO PLAINTIFF SPANX'S SECOND AMENDED COMPLAINT

Defendant Times Three Clothier, LLC ("Yummie Tummie"), by and through its undersigned counsel, answers the allegations set forth in the Second Amended Complaint for Declaratory Relief ("Amended Complaint") filed by Plaintiff Spanx, Inc. ("Spanx"), and sets forth its affirmative defenses and counterclaims below.

### ANSWER

Yummie Tummie hereby responds to each numbered paragraph in the Amended Complaint as follows:

-1-

NY 74670411

1.     Yummie Tummie is without knowledge or information sufficient to form a belief as to whether Spanx is a Georgia corporation with its principal place of business at 3344 Peachtree Road, NE, Suite 1700, Atlanta, Georgia 30326, and therefore denies the same.  Yummie Tummie is without knowledge or information sufficient to form a belief as to truth of the remaining allegations in Paragraph 1, and therefore denies the same.

2.     Yummie Tummie admits that it is a New York limited liability company with its principal place of business at 561 Seventh Avenue, 12th Floor, New York, New York 10018, and that it sells and manufactures body-shaping undergarments and apparel, and otherwise denies the remaining allegations of Paragraph 2.

3.     Yummie Tummie admits that Spanx's claims purport to arise under the patent laws of the United States, Title 35 of the United States Code, § 1 et seq. with a specific remedy sought under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.  Yummie Tummie admits that an actual, substantial, and continuing justiciable controversy exists between Spanx and Yummie Tummie that requires a declaration of rights by this Court, but denies all remaining allegations of Paragraph 3.

-2-

4.     Yummie Tummie admits that this Court has subject matter jurisdiction over the Complaint.

5.     Yummie Tummie admits that this Court has personal jurisdiction, general and specific over itself.

6.     Yummie Tummie admits that the Northern District of Georgia is a proper venue pursuant to 28 U.S.C. § 1391, but denies that venue is otherwise proper in this judicial district and/or that this is the most appropriate or convenient forum pursuant to 28 U.S.C. § 1404.  Yummie Tummie further asserts that this action is subject to Yummie Tummie's Motion to Transfer, or in the alternative, Stay this Action, requesting that this Court transfer this action to the United States District Court for the Southern District of New York, or stay this action in favor of allowing the related action in New York to proceed. (D.I. 4).

7.     Yummie Tummie admits the allegations of Paragraph 7.

8.     Yummie Tummie admits the allegations of Paragraph 8.

9.     Yummie Tummie admits the allegations of Paragraph 9.

10.     Yummie Tummie admits that on or about January 18, 2013, Yummie Tummie (through its counsel) contacted Spanx by letter identifying certain patents that Yummie Tummie owns, providing copies of said patents, and stating that "Spanx is making, offering for sale and selling shapewear products ... in the United

-3-

States that contain Yummie's patented designs" and that the Spanx products "appear substantially the same as the patented designs from the point of view of an ordinary observer, thereby, constituting design patent infringement."  Yummie Tummie further admits that in its January 18 letter, Yummie Tummie identified the allegedly infringing Spanx products as including "The Total Taming Tank A226764, also known as The Spanx Total Taming Tank, the Top This Tank Style 1847 and The Top This Cami Style 1846" (collectively, the "Accused Products"). Yummie Tummie further admits that it noted in its January 18 letter that it "vigorously enforces the rights in its patents, and as you may know, settled a patent infringement litigation with Maidenform $6.75 million," and demanded, among other things, that Spanx cease manufacturing, offering for sale, and selling the Accused Products, but otherwise denies each and every remaining allegation of Paragraph 10.

11.    Yummie Tummie admits that on or about February 14, 2013, Spanx (through counsel) responded to Yummie Tummie's January 18, 2013 letter, describing purported differences between the Accused Products and certain patents, and stating, *inter alia*, its belief that the Accused Products do not infringe. Yummie Tummie otherwise denies each and every remaining allegation of Paragraph 11.

-4-

12.     Yummie Tummie admits that the parties have communicated on several occasions following Yummie Tummie's January 18, 2013 Letter concerning Spanx's infringement.  Yummie Tummie further admits that it maintained that the Accused Products infringed Yummie Tummie's patents and expressed a willingness to enforce its patents against Spanx, but otherwise denies each and every remaining allegation of Paragraph 12.

13.     Yummie Tummie admits that Yummie Tummie filed suit on April 2, 2013 against Spanx in the Southern District of New York asserting infringement of the Patents-in-Suit and that Spanx has denied infringement in the New York Action. Yummie Tummie also admits that Spanx filed the subject action on March 5, 2013 seeking declaratory relief of non-infringement of four of the six Patents-in-Suit, and that Spanx has opposed Yummie Tummie's Motion to Transfer, or in the alternative, Stay this Action, but denies each and every remaining allegation of Paragraph 13.

14.     Yummie Tummie admits that an actual and justiciable controversy exists regarding Spanx's infringement of the Patents-in-Suit, and otherwise denies all remaining allegations of Paragraph 14.

15.     Yummie Tummie incorporates by references its responses to paragraphs 1 through 14 above, as though fully set forth herein.

16.     Yummie Tummie admits that it disputes Spanx's contention that its products, including The Total Taming Tank A226764, also known as The Spanx Total Taming Tank, The Top This Tank Style 1847, and The Top This Cami Style 1846, have not infringed and do not infringe any valid claim of the Patents-in-Suit, and otherwise denies each and every remaining allegation of Paragraph 16.

17.     Yummie Tummie responds that this  is a legal determination and thus no response from Yummie Tummie is required.  To the extent a response is required, Yummie Tummie denies each and every allegation of Paragraph 17.

18.     Yummie Tummie incorporates by references its responses to paragraphs 1 through 17 above, as though fully set forth herein.

19.     Yummie Tummie denies each and every allegation of Paragraph 19.

20.     Yummie Tummie responds that this is a legal determination and thus no response from Yummie Tummie is required.  To the extent a response is required, Yummie Tummie denies each and every allegation of Paragraph 20.

Response to Prayer for Relief:  Yummie Tummie denies the allegations contained in Spanx's Prayer for Relief and further denies that Spanx is entitled to any relief whatsoever against Yummie Tummie.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense
### (Failure to State a Claim)

Spanx fails to state claims upon which relief can be granted.

### Second Affirmative Defense

Yummie Tummie reserves the right to set forth additional affirmative defenses as they become known during the course of discovery.

## COUNTERCLAIMS

Yummie Tummie, by and through it attorneys, alleges and asserts as follows:

### <u>Introduction</u>

1.      Yummie Tummie owns the designs claimed in United States Design Patent Nos. 606, 285 ("the '285 Patent"); 616,627 ("the '627 Patent"); 622,477 ("the '477 Patent"); 623,377 ("the '377 Patent") 665,558 ("the '558 Patent") and 666,384 ("the '384 Patent") (collectively "the patents-in-suit").  Spanx has copied Yummie Tummie's patented designs in garments that it makes, uses, sells, and offers to sell, without Yummie Tummie's permission, and has contributed to or induced, and continues to contribute to or induce, others to infringe the patents-in-suit.  Yummie Tummie seeks damages and/or a disgorgement of Spanx's total profits as well as its customers' profits for patent infringement and an injunction

NY 74670411

preventing Spanx from making, using, selling, or offering to sell, and from contributing to and inducing others to make, use, sell, or offer to sell, Yummie Tummie's patented designs without permission.

**Jurisdiction and Venue**

2.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271 and 281, et seq.  The Court has original jurisdiction over this patent infringement action under 28 U.S.C. §§ 1338(a).

3.     This action is subject to Yummie Tummie's Motion to Transfer, or in the alternative, Stay this Action, requesting that this Court transfer this action to the United States District Court for the Southern District of New York, or stay this action in favor of allowing the related action in New York to proceed. (D.I. 4). Subject to the Court not granting Yummie Tummie's Motion to Transfer, or in the alternative, Stay this Action, venue is proper in this Court pursuant to 28 U.S.C. §1391 because Spanx's headquarters are located in Georgia and Spanx is responsible for acts of infringement occurring in the Northern District of Georgia as alleged in this Complaint, and has delivered or caused to be delivered its infringing products in this District.

-8-

**Yummie Tummie**

4.      Yummie Tummie is a limited liability company organized and existing under the laws of the State of New York, with its principal place of business in New York, New York.

5.      Yummie Tummie is an independent manufacturer of shapewear garments that embody innovative designs that are marketed, distributed, and sold under the well-known brand names Yummie Tummie®, Yummie by Heather Thomson®, Tummy Tank®, Tummylicious™, RIPT Fusion® and Core Form™ (collectively, "Yummie Tummie®").  Yummie Tummie's expansive Yummie Tummie® product line was conceived and designed by Heather Thomson, a fashion designer and creative director who has contributed to many acclaimed fashion collections, including Sean John by Sean Combs, Sweetface by Jennifer Lopez, and House of Deréon by Beyonce Knowles.

6.      Yummie Tummie has invested significant time, effort and expense to protect its innovative designs and has a patent portfolio of eleven patents, including the patents-in-suit.  Ms. Thomson's patented designs are embodied in an expansive line of Yummie Tummie® products, all of which offer consumers attractive and fashion-forward women's shapewear. Yummie Tummie has launched a range of Yummie Tummie® branded shapewear products based on its patented designs,

NY 74670411

including a variety of styles of tops, apparel, and intimates for women of all sizes.

Yummie Tummie's Yummie Tummie® line of shapewear is sold at such retailers

as Saks Fifth Avenue, Nordstrom, The Home Shopping Network, Bloomingdale's

and Lord & Taylor.

## Yummie Tummie's Design Patents

7.     The United States Patent and Trademark Office issued the '285 Patent

on December 22, 2009.  A copy of the '285 Patent is attached hereto as Exhibit 1.

Through assignment, Yummie Tummie is the owner of all right, title, and interest,

including rights for past infringements, in the '285 Patent.

8.     The United States Patent and Trademark Office issued the '627 Patent

on June 1, 2010.  A copy of the '627 Patent is attached hereto as Exhibit 2.

Through assignment, Yummie Tummie is the owner of all right, title, and interest,

including rights for past infringements, in the '627 Patent.

9.     The United States Patent and Trademark Office issued the '477 Patent

on August 31, 2010.  A copy of the '477 Patent is attached hereto as Exhibit 3.

Through assignment, Yummie Tummie is the owner of all right, title, and interest,

including rights for past infringements, in the '477 Patent.

10.     The United States Patent and Trademark Office issued the '377 Patent

on September 14, 2010.  A copy of the '377 Patent is attached hereto as Exhibit 4.

NY 74670411

Through assignment, Yummie Tummie is the owner of all right, title, and interest, including rights for past infringements, in the '377 Patent.

11.     The United States Patent and Trademark Office issued the '558 Patent on August 21, 2012.  A copy of the '558 Patent is attached hereto as Exhibit 5. Through assignment, Yummie Tummie is the owner of all right, title, and interest, including rights for past infringements, in the '558 Patent.

12.     The United States Patent and Trademark Office issued the '384 Patent on September 4, 2012.  A copy of the '384 Patent is attached hereto as Exhibit 6. Through assignment, Yummie Tummie is the owner of all right, title, and interest, including rights for past infringements, in the '384 Patent.

13.     Yummie Tummie has complied with the statutory requirement of placing a notice of the patents-in-suit on all necessary garments it manufactures and sells.

**Spanx's Acts of Infringement**

14.     Spanx has used and continues to use the designs of the patents-in-suit in products that it makes, uses, sells, and offers to sell, without Yummie Tummie's permission, including, but not limited to, Spanx's "The Total Taming Tank A226764," also known as "The Spanx Total Taming Tank," "the Top This Tank

Style 1847" and "The Top This Cami Style 1846" (collectively the "Infringing Garments").

15.    Spanx has contributed to or induced, and continues to contribute to or induce, others, including third party garment retailers, including, *inter alia*, JC Penny, Kohl's and QVC, and garment purchasers, to infringe at least one of the patents-in-suit by using, offering for sale, and selling at least one of the Infringing Garments, which are copies of Yummie Tummie's patented designs, without Yummie Tummie's permission.

16.    Spanx was aware of Yummie Tummie's patents at least as early as May 18, 2012 as a result of a letter Yummie Tummie sent to Spanx listing certain patents-in-suit thereby providing Spanx with actual knowledge of same.

17.    On January 18, 2013, Yummie Tummie sent Spanx a cease and desist letter, in regard to the Infringing Garments demanding that Spanx refrain from further infringing Yummie Tummie's patents and compensate Yummie Tummie for its past infringement.  A copy of the January 18, 2013 letter is attached as Exhibit 7.  Since that time, Spanx's counsel responded to the January 18 letter which led to discussions between the parties in an attempt to resolve the matter. Such discussions were not successful.

NY 74670411

## COUNT I
## (DESIGN PATENT INFRINGEMENT, 35 U.S.C. §§ 271 AND 281)

18.    Yummie Tummie incorporates the allegations contained in paragraphs 1 through 17 as though fully set forth herein.

19.    Spanx has been and, on information and belief, still is making, using, offering to sell, selling, and/or importing in the United States Infringing Garments that infringe the '285 Patent in violation of 35 U.S.C. § 271(a).

20.    On information and belief, Spanx has been and still is actively inducing others to infringe the '285 Patent in violation of 35 U.S.C. § 271(b).

21.    On information and belief, Spanx's infringement has been intentional and willful, making this an exceptional case.

22.    By reason of Spanx's infringement, Yummie Tummie has suffered, and unless Spanx's conduct is permanently enjoined, will continue to suffer, actual damages and irreparable harm, as to which it has no adequate remedy at law.

## COUNT II
## (DESIGN PATENT INFRINGEMENT, 35 U.S.C. §§ 271 AND 281)

23.    Yummie Tummie incorporates the allegations contained in paragraphs 1 through 17 as though fully set forth herein.

NY 74670411

24.     Spanx has been and, on information and belief, still is making, using, offering to sell, selling, and/or importing in the United States Infringing Garments that infringe the '627 Patent in violation of 35 U.S.C. § 271(a).

25.     On information and belief, Spanx has been and still is actively inducing others to infringe the '627 Patent in violation of 35 U.S.C. § 271(b).

26.     On information and belief, Spanx's infringement has been intentional and willful, making this an exceptional case.

27.     By reason of Spanx's infringement, Yummie Tummie has suffered, and unless Spanx's conduct is permanently enjoined, will continue to suffer, actual damages and irreparable harm, as to which it has no adequate remedy at law.

## COUNT III
## (DESIGN PATENT INFRINGEMENT, 35 U.S.C. §§ 271 AND 281)

28.     Yummie Tummie incorporates the allegations contained in paragraphs 1 through 17 as though fully set forth herein.

29.     Spanx has been and, on information and belief, still is making, using, offering to sell, selling, and/or importing in the United States Infringing Garments that infringe the '477 Patent in violation of 35 U.S.C. § 271(a).

30.     On information and belief, Spanx has been and still is actively inducing others to infringe the '477 Patent in violation of 35 U.S.C. § 271(b).

-14-

31.     On information and belief, Spanx's infringement has been intentional and willful, making this an exceptional case.

32.     By reason of Spanx's infringement, Yummie Tummie has suffered, and unless Spanx's conduct is permanently enjoined, will continue to suffer, actual damages and irreparable harm, as to which it has no adequate remedy at law.

## COUNT IV
## (DESIGN PATENT INFRINGEMENT, 35 U.S.C. §§ 271 AND 281)

33.     Yummie Tummie incorporates the allegations contained in paragraphs 1 through 17 as though fully set forth herein.

34.     Spanx has been and, on information and belief, still is making, using, offering to sell, selling, and/or importing in the United States Infringing Garments that infringe the '377 Patent in violation of 35 U.S.C. § 271(a).

35.     On information and belief, Spanx has been and still is actively inducing others to infringe the '377 Patent in violation of 35 U.S.C. § 271(b).

36.     On information and belief, Spanx's infringement has been intentional and willful, making this an exceptional case.

37.     By reason of Spanx's infringement, Yummie Tummie has suffered, and unless Spanx's conduct is permanently enjoined, will continue to suffer, actual damages and irreparable harm, as to which it has no adequate remedy at law.

-15-

## COUNT V
## (DESIGN PATENT INFRINGEMENT, 35 U.S.C. §§ 271 AND 281)

38.     Yummie Tummie incorporates the allegations contained in paragraphs 1 through 17 as though fully set forth herein.

39.     Spanx has been and, on information and belief, still is making, using, offering to sell, selling, and/or importing in the United States Infringing Garments that infringe the '558 Patent in violation of 35 U.S.C. § 271(a).

40.     On information and belief, Spanx has been and still is actively inducing others to infringe the '558 Patent in violation of 35 U.S.C. § 271(b).

41.     On information and belief, Spanx's infringement has been intentional and willful, making this an exceptional case.

42.     By reason of Spanx's infringement, Yummie Tummie has suffered, and unless Spanx's conduct is permanently enjoined, will continue to suffer, actual damages and irreparable harm, as to which it has no adequate remedy at law.

## COUNT VI
## (DESIGN PATENT INFRINGEMENT, 35 U.S.C. §§ 271 AND 281)

43.     Yummie Tummie incorporates the allegations contained in paragraphs 1 through 17 as though fully set forth herein.

NY 74670411

44.     Spanx has been and, on information and belief, still is making, using, offering to sell, selling, and/or importing in the United States Infringing Garments that infringe the '384 Patent in violation of 35 U.S.C. § 271(a).

45.     On information and belief, Spanx has been and still is actively inducing others to infringe the '384 Patent in violation of 35 U.S.C. § 271(b).

46.     On information and belief, Spanx's infringement has been intentional and willful, making this an exceptional case.

47.     By reason of Spanx's infringement, Yummie Tummie has suffered, and unless Spanx's conduct is permanently enjoined, will continue to suffer, actual damages and irreparable harm, as to which it has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Yummie Tummie respectfully requests that this Court:

1.     Enter judgment in favor of Yummie Tummie;

2.     Permanently enjoin Spanx and its predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, those acting in privity or concern with Spanx, or on its behalf, from further infringing the '285 Patent, and from inducing others to infringe the '285 Patent;

-17-

3.      Permanently enjoin Spanx and its predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, those acting in privity or concern with Spanx, or on its behalf, from further infringing the '627 Patent, and from inducing others to infringe the '627 Patent;

4.      Permanently enjoin Spanx and its predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, those acting in privity or concern with Spanx, or on its behalf, from further infringing the '477 Patent, and from inducing others to infringe the '477 Patent;

5.      Permanently enjoin Spanx and its predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, those acting in privity or concern with Spanx, or on its behalf, from further infringing the '377 Patent, and from inducing others to infringe the '377 Patent;

-18-

6.     Permanently enjoin Spanx and its predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, those acting in privity or concern with Spanx, or on its behalf, from further infringing the '558 Patent, and from inducing others to infringe the '558 Patent;

7.     Permanently enjoin Spanx and its predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, those acting in privity or concern with Spanx, or on its behalf, from further infringing the '384 Patent, and from inducing others to infringe the '384 Patent;

8.     Award Yummie Tummie its actual damages under 35 U.S.C. § 284 in an amount to be determined at trial;

9.     Award Yummie Tummie enhanced damages up to three times the amount found or assessed under 35 U.S.C. § 284, as a result of Spanx's knowing and willful infringement;

-19-

10.    Award Yummie Tummie the disgorged total profits of Spanx and its customers that sold or offered for sale the Infringing Garments under 35 U.S.C. §289 from infringing the patents-in-suit in an amount to be determined at trial;

11.    Award Yummie Tummie punitive damages because of Spanx's knowing, willful, and deliberate bad faith acts of unfair competition in an amount to be determined at trial;

12.    Award Yummie Tummie all of its actual costs and reasonable attorneys' fees in this action as authorized by 35 U.S.C. § 285; and

13.    Grant to Yummie Tummie such other relief as may be just and warranted under the circumstances.

NY 74670411

## JURY TRIAL DEMAND

Yummie Tummie demands a trial by jury on all issues so triable.


Kilpatrick Townsend & Stockton LLP

OF COUNSEL:

By:   s/Theodore H. Davis Jr.

Steven B. Pokotilow                   Theodore H. Davis Jr.
Laura Goldbard George                 Ga. Bar. No. 212913
Irah H. Donner                        1100 Peachtree Street, Suite 2800
Binni N. Shah                         Atlanta, GA 30309-4528
STROOCK & STROOCK & LAVAN LLP         tdavis@kilpatricktownsend.com
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

                                      *Attorneys for Defendant Times Three*
Dated: August 19, 2013                *Clothier, LLC*

NY 74670411

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SPANX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-CV-00710-WSD |
| | ) | |
| v. | ) | |
| | ) | |
| TIMES THREE CLOTHIER, LLC | ) | |
| d/b/a Yummie Tummie, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 19, 2013, the foregoing document was electronically filed using the CM/ECF system which will send notification of such filing as follows:

Natasha H. Moffitt
Laura S. Huffman
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521

Kathleen E. McCarthy
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

s/ Theodore H. Davis Jr.
Theodore H. Davis Jr.

# Exhibit 1



US00D606285S

(12) **United States Design Patent**  (10) Patent No.: **US D606,285 S**

Schindler  (45) **Date of Patent:** ✱✱ **Dec. 22, 2009**

(54) **GARMENT**

(75) Inventor: **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee: **Times Three Clothier LLC**, New York, NY (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/302,500**

(22) Filed: **Jan. 17, 2008**

(51) **LOC (9) Cl.** .................................................. **02-02**
(52) **U.S. Cl.** ........................................................ **D2/840**
(58) **Field of Classification Search** .......... D2/700–703, D2/731, 732, 828, 840, 718, 737, 847; 2/112, 2/113; 450/96, 94, 115, 116, 122–124, 127, 450/132, 154

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,977,329 | A | ✱ | 10/1934 | Tobin | ............................ | 2/113 |
| 2,052,935 | A | ✱ | 9/1936 | Moran | ......................... | 450/10 |
| D110,662 | S | ✱ | 7/1938 | Rielly | ........................ | D2/714 |
| D129,894 | S | ✱ | 10/1941 | Abeles | ....................... | D2/703 |
| D174,115 | S | ✱ | 3/1955 | Dior | ........................... | D2/703 |
| 2,963,022 | A | ✱ | 12/1960 | Spetalnik | ................... | 450/15 |
| 3,026,875 | A | ✱ | 3/1962 | Kaupp | ....................... | 450/116 |
| 3,036,574 | A | ✱ | 5/1962 | Jeffrey | ....................... | 450/30 |
| D211,231 | S | ✱ | 6/1968 | Sallysy | ...................... | D2/702 |
| 3,454,013 | A | ✱ | 7/1969 | Cahill | ...................... | 450/116 |
| D234,649 | S | ✱ | 4/1975 | Cascio | ....................... | D2/703 |
| D239,475 | S | ✱ | 4/1976 | Cascio | ....................... | D2/702 |
| 4,916,755 | A | | 4/1990 | Feigenbaum et al. | | |
| 5,915,531 | A | ✱ | 6/1999 | Hilpert et al. | ................... | 2/69 |
| 6,000,993 | A | ✱ | 12/1999 | Erwin | .......................... | 450/7 |
| D452,600 | S | ✱ | 1/2002 | Kim | ........................... | D2/702 |
| D453,058 | S | ✱ | 1/2002 | Kim | ........................... | D2/703 |
| D453,255 | S | ✱ | 2/2002 | Kim | ........................... | D2/702 |
| 6,430,748 | B1 | ✱ | 8/2002 | Burkhart | ....................... | 2/78.1 |
| D556,978 | S | ✱ | 12/2007 | Thunstedt | .................... | D2/847 |
| 2007/0094765 | A1 | ✱ | 5/2007 | Summers et al. | ............... | 2/113 |
| 2008/0134409 | A1 | | 6/2008 | Karasina | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-316359 | 11/2006 |
| JP | 2007-146337 | 6/2007 |
| JP | 2007-303002 | 11/2007 |

✱ cited by examiner

*Primary Examiner*—Ian Simmons
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—Irah H. Donner; Wilmer Cutler Pickering Hale and Dorr LLP

(57) **CLAIM**

The ornamental design for a garment, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevation view of Embodiment **1**, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

FIG. **5** is a right side elevation view of Embodiment **2**, of a multi-fabric garment, where the front and rear elevation views are the same as FIGS. **1**–**2**; and,

FIG. **6** is a left elevation view of Embodiment **2**, of a multi-fabric garment.

The center section and lower section of the claimed design is shaded to illustrate contrasting materials.

The broken lines depicting the stitching shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**






# FIG. 1



# FIG. 2



# FIG. 3



# FIG. 4



# FIG. 5



# FIG. 6

# Exhibit 2

US00D616627S

(12) **United States Design Patent**       (10) **Patent No.:**       **US D616,627 S**

Schindler                                   (45) **Date of Patent:**   ∗∗   **Jun. 1, 2010**

(54) **GARMENT**

(75) Inventor: **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee: **Times Three Clothier, LLC.**, New York, NY (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/350,198**

(22) Filed: **Nov. 12, 2009**

**Related U.S. Application Data**

(63) Continuation of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285.

(51) **LOC (9) Cl.** ................................................. **02-02**
(52) **U.S. Cl.** .................................................... **D2/702**
(58) **Field of Classification Search** .......... D2/700–703, D2/731, 732, 828, 840, 718, 737, 847, 714; 2/112, 113, 69; 450/96, 94, 115, 116, 122–124, 450/127, 132, 154, 10, 15, 30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 357,068 | A | 2/1887 | Dalby |
| 570,696 | A | 11/1896 | Brown |
| 1,774,613 | A | 9/1930 | Pidgeon |
| 1,931,822 | A | 10/1933 | Hoffman |
| 1,977,329 | A | 10/1934 | Clarke |
| 2,052,935 | A | 9/1936 | Moran |
| D110,662 | S | 7/1938 | Rielly |
| D128,536 | S | * 7/1941 | Weil ............................. D2/702 |
| D129,894 | S | 10/1941 | Abeles |
| 2,310,103 | A | 2/1943 | McDonald |
| 2,579,547 | A | * 12/1951 | Cadous ....................... 450/112 |
| D170,694 | S | * 10/1953 | Kahn ........................... D2/702 |
| D174,038 | S | * 2/1955 | Goldstein .................... D2/702 |
| D174,114 | S | * 3/1955 | Dior ............................. D2/702 |
| D174,115 | S | 3/1955 | Dior |
| D174,194 | S | * 3/1955 | Prochaska .................... D2/702 |
| D177,982 | S | * 6/1956 | Kahn ........................... D2/702 |

| | | | |
|---|---|---|---|
| 2,963,022 | A | 12/1960 | Spetalnik |
| 3,026,875 | A | 3/1962 | Kaupp |
| 3,036,574 | A | 5/1962 | Nellie |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-316359 | 11/2006 |

(Continued)

*Primary Examiner*—Philip S Hyder
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—Irah H. Donner; Wilmer Culter Pickering Hale and Dorr LLP

(57) **CLAIM**

The ornamental design for a garment, as shown and described herein.

**DESCRIPTION**

FIG. **1** is a front elevation view of Embodiment **1**, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

FIG. **5** is a right side elevation view of Embodiment **2**, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,

FIG. **6** is a left elevation view of Embodiment **2**, of a garment.

The center section and lower section of the claimed design is shaded to illustrate different appearance. The broken lines shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D616,627 S**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D211,231 S | 6/1968 | Sallysy |
| 3,454,013 A | 7/1969 | Cahill |
| D234,649 S | 4/1975 | Cascio |
| D239,475 S | 4/1976 | Cascio |
| 4,916,755 A | 4/1990 | Feigenbaum et al. |
| 5,915,531 A | 6/1999 | Hilpert et al. |
| 6,000,993 A | 12/1999 | Erwin |
| D452,600 S | 1/2002 | Kim et al. |
| D453,058 S | 1/2002 | Kim et al. |
| D453,255 S * | 2/2002 | Kim ............................ D2/702 |

| | | | |
|---|---|---|---|
| 6,430,748 B1 | 8/2002 | Burkhart | |
| D556,978 S | 12/2007 | Thunstedt et al. | |
| D595,480 S * | 7/2009 | Giugliano | .................... D2/702 |
| 2007/0094765 A1 | 5/2007 | Summers et al. | |
| 2008/0134409 A1 | 6/2008 | Karasina | |
| 2008/0244805 A1 | 10/2008 | Griffin | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2007-146337 | 6/2007 |
| JP | 2007-303002 | 11/2007 |

* cited by examiner



# FIG. 1

Case 1:13-cv-00710-WSD   Document 36   Filed 08/19/13   Page 35 of 82



# FIG. 2



# FIG. 3



# FIG. 4



# FIG. 5



# FIG. 6

# Exhibit 3

US00D622477S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D622,477 S**

Schindler      (45) **Date of Patent:**    \*\* **Aug. 31, 2010**

| | | | |
|---|---|---|---|
| (54) | **GARMENT** | 2,310,103 A | 2/1943 McDonald |
| | | D152,981 S | 3/1949 Kaupp |
| (75) | Inventor: **Heather Thomson Schindler**, New York, NY (US) | | |

(Continued)

FOREIGN PATENT DOCUMENTS

(73) Assignee: **Times Three Clothier, LLC**, New York, NY (US)

JP      2006-316359      11/2006

(\*\*) Term: **14 Years**

(Continued)

(21) Appl. No.: **29/362,498**

*Primary Examiner*—Philip S Hyder
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—Stroock & Stroock & Lavan LLP

(22) Filed: **May 26, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 29/362,414, filed on May 25, 2010, which is a continuation of application No. 29/350,198, filed on Nov. 12, 2009, now Pat. No. Des. 616,627, which is a continuation of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285.

(57) **CLAIM**

The ornamental design for a garment, as shown and described herein.

**DESCRIPTION**

(51) LOC (9) Cl. ................................................. **02-01**
(52) U.S. Cl. ...................................................... **D2/700**
(58) Field of Classification Search .......... D2/700–703, D2/731, 732, 828, 840, 718, 737, 847, 714; 2/112, 113, 69; 450/96, 94, 115, 116, 122–124, 450/127, 132, 154, 10, 15, 30
See application file for complete search history.

FIG. **1** is a front elevation view of embodiment 1, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 357,068 A | 2/1887 | Dalby |
| 570,696 A | 11/1896 | Brown |
| 1,683,510 A | 9/1928 | Wiese |
| 1,774,613 A | 9/1930 | Pidgeon |
| 1,931,822 A | 10/1933 | Hoffman |
| 1,977,329 A | 10/1934 | Clarke |
| 2,052,784 A | 9/1936 | Martin |
| 2,052,935 A | 9/1936 | Moran |
| D110,662 S | 7/1938 | Rielly |
| D128,536 S | 7/1941 | Weil |
| D129,078 S | 8/1941 | Monteil |
| D129,894 S | 10/1941 | Abeles |

FIG. **5** is a right side elevation view of embodiment 2, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,

FIG. **6** is a left elevation view of embodiment 2, of a garment.

The phantom and/or broken lines are for illustrative purposes only and form no part of the claimed design. The broken lines depicting the stitching shown in the drawings are for environmental structure only and form no part of the claimed design. The broken lines depicting the human form shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D622,477 S**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,579,547 A | 12/1951 | Cadous |
| D170,694 S | 10/1953 | Kahn |
| D174,038 S | 2/1955 | Goldstein |
| D174,114 S | 3/1955 | Dior |
| D174,115 S | 3/1955 | Dior |
| D174,194 S | 3/1955 | Prochaska |
| D177,982 S | 6/1956 | Kahn |
| D181,626 S | 12/1957 | Cassini |
| 2,963,022 A | 12/1960 | Spetalnik |
| 3,026,875 A | 3/1962 | Kaupp |
| 3,036,574 A | 5/1962 | Nellie |
| D211,231 S | 6/1968 | Sallysy |
| 3,454,013 A | 7/1969 | Cahill |
| D234,649 S | 4/1975 | Cascio |
| D239,475 S | 4/1976 | Cascio |
| 4,916,755 A | 4/1990 | Feigenbaum et al. |
| 5,915,531 A | 6/1999 | Hilpert et al. |
| 6,000,993 A | 12/1999 | Erwin |
| D452,600 S | 1/2002 | Kim |
| D453,058 S | 1/2002 | Kim et al. |
| D453,255 S | 2/2002 | Kim et al. |
| 6,430,748 B1 | 8/2002 | Burkhart |
| D556,978 S | 12/2007 | Thunstedt et al. |
| D595,480 S | 7/2009 | Giugliano |
| 2007/0094765 A1 | 5/2007 | Summers et al. |
| 2008/0078208 A1 | 4/2008 | Kronbach |
| 2008/0134409 A1 | 6/2008 | Karasina |
| 2008/0229474 A1 | 9/2008 | Fons et al. |
| 2008/0244805 A1 | 10/2008 | Griffin |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2007-146337 | 6/2007 |
| JP | 2007-303002 | 11/2007 |



# FIG. 1



# FIG. 2



# FIG. 3



# FIG. 4



# FIG. 5



# FIG. 6

# Exhibit 4

US00D623377S

(12) **United States Design Patent**     (10) Patent No.:     **US D623,377 S**

Schindler     (45) Date of Patent:     ** **Sep. 14, 2010**

(54) **GARMENT**

(75) Inventor: **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee: **Times Three Clothier, LLC**, New York, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/362,414**

(22) Filed: **May 25, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 29/350,198, filed on Nov. 12, 2009, now Pat. No. Des. 616,627, which is a continuation of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285.

(51) **LOC (9) Cl.** ................................................ **02-01**
(52) **U.S. Cl.** ................................................... **D2/700**
(58) **Field of Classification Search** .......... D2/700–703, D2/731, 732, 828, 840, 718, 737, 847, 714; 2/112, 113, 69; 450/96, 94, 115, 116, 122–124, 450/127, 132, 154, 10, 15, 30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 357,068 | A | 2/1887 | Dalby |
| 570,696 | A | 11/1896 | Brown |
| 1,683,510 | A | 9/1928 | Wiese |
| 1,774,613 | A | 9/1930 | Pidgeon |
| 1,931,822 | A | 10/1933 | Hoffman |
| 1,977,329 | A | 10/1934 | Clarke |
| 2,052,784 | A | 9/1936 | Martin |
| 2,052,935 | A | 9/1936 | Moran |
| D110,662 | S | 7/1938 | Rielly |
| D128,536 | S | 7/1941 | Weil |
| D129,078 | S | 8/1941 | Monteil |
| D129,894 | S | 10/1941 | Abeles |
| 2,310,103 | A | 2/1943 | McDonald |
| D152,981 | S | 3/1949 | Kaupp |

| | | | |
|---|---|---|---|
| 2,579,547 | A | 12/1951 | Cadous |
| D170,694 | S | 10/1953 | Kahn |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2006-316359 | 11/2006 |

(Continued)

*Primary Examiner*—Philip S Hyder
*Assistant Examiner*—Anna J Burmeister
(74) *Attorney, Agent, or Firm*—Stroock & Stroock & Lavan LLP

(57) **CLAIM**

The ornamental design for a garment, as shown and described herein.

**DESCRIPTION**

FIG. **1** is a front elevation view of Embodiment 1, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

FIG. **5** is a right side elevation view of Embodiment 2, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,

FIG. **6** is a left elevation view of Embodiment 2, of a garment.

The phantom and/or broken lines are for illustrative purposes only and form no part of the claimed design. The broken lines depicting the stitching shown in the drawings are for environmental structure only and form no part of the claimed design. The broken lines depicting the human form shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**




**US D623,377 S**

Page 2

| U.S. PATENT DOCUMENTS | | |
|---|---|---|
| D174,038 S | 2/1955 | Goldstein |
| D174,114 S | 3/1955 | Dior |
| D174,115 S | 3/1955 | Dior |
| D174,194 S | 3/1955 | Prochaska |
| D177,982 S | 6/1956 | Kahn |
| D181,626 S | 12/1957 | Cassini |
| 2,963,022 A | 12/1960 | Spetalnik |
| 3,026,875 A | 3/1962 | Kaupp |
| 3,036,574 A | 5/1962 | Nellie |
| D211,231 S | 6/1968 | Sallysy |
| 3,454,013 A | 7/1969 | Cahill |
| D234,649 S | 4/1975 | Cascio |
| D239,475 S | 4/1976 | Cascio |
| 4,916,755 A | 4/1990 | Feigenbaum et al. |
| 5,915,531 A | 6/1999 | Hilpert et al. |

| | | |
|---|---|---|
| 6,000,993 A | 12/1999 | Erwin |
| D452,600 S | 1/2002 | Kim |
| D453,058 S | 1/2002 | Kim et al. |
| D453,255 S | 2/2002 | Kim et al. |
| 6,430,748 B1 | 8/2002 | Burkhart |
| D556,978 S | 12/2007 | Thunstedt et al. |
| D595,480 S | 7/2009 | Giugliano |
| 2007/0094765 A1 | 5/2007 | Summers et al. |
| 2008/0078208 A1 | 4/2008 | Kronbach |
| 2008/0134409 A1 | 6/2008 | Karasina |
| 2008/0229474 A1 | 9/2008 | Fons et al. |
| 2008/0244805 A1 | 10/2008 | Griffin |

FOREIGN PATENT DOCUMENTS

| JP | 2007-146337 | 6/2007 |
|---|---|---|
| JP | 2007-303002 | 11/2007 |



# FIG. 1

**U.S. Patent**     Sep. 14, 2010     Sheet 2 of 6     US D623,377 S



# FIG. 2



# FIG. 3

Case 1:13-cv-00710-WSD   Document 36   Filed 08/19/13   Page 55 of 82



# FIG. 4



# FIG. 5



FIG. 6

# Exhibit 5

US00D665558S

(12) **United States Design Patent**    (10) Patent No.:    **US D665,558 S**

Schindler    (45) Date of Patent:    ** *Aug. 21, 2012

(54) **GARMENT**

(75) Inventor: **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee: **Times Three Clothier, LLC**, New York, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/350,288**

(22) Filed: **Nov. 13, 2009**

**Related U.S. Application Data**

(60) Division of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285, and a division of application No. 29/350,198, filed on Nov. 12, 2009, which is a continuation of application No. 29/302,500.

(51) **LOC (9) Cl.** .................................................. **02-01**
(52) **U.S. Cl.** ......................................................... **D2/701**
(58) **Field of Classification Search** .......... D2/700–703, D2/706, 708, 731, 732, 828, 840, 718, 737, D2/847, 714, 800, 717, 723, 756, 793, 841; 450/96, 94, 115, 116, 122–124, 127, 132, 450/154, 10, 15, 30, 112, 1, 3, 7, 11, 20, 450/31, 34, 63, 64, 86, 95; 2/112, 113, 69, 2/67, 70, 73, 78.1, 78.2, 78.3, 104, 105, 109, 2/110; 66/176
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

26,473 A  *  12/1859  Brown ............................ 450/95
(Continued)

FOREIGN PATENT DOCUMENTS

DE          8513103.2          5/1985
(Continued)

OTHER PUBLICATIONS

Left-hand image on Contents page, "Self" magazine, Jan. 2006 issue. (2 pages).*

(Continued)

*Primary Examiner* — Karen E. Eldridge Powers
(74) *Attorney, Agent, or Firm* — Stroock & Stroock & Lavan LLP

(57)            **CLAIM**
The ornamental design for a garment, as shown and described herein.

**DESCRIPTION**

This application is related to co-pending U.S. Design Application 29/350,290, filed on Nov. 13, 2009, the contents of which are hereby incorporated by reference.

FIG. **1** is a front elevation view of Embodiment **1**, of a garment;

FIG. **2** is a rear elevation view thereof;

FIG. **3** is a right elevation view thereof;

FIG. **4** is a left elevation view thereof;

FIG. **5** is a right side elevation view of Embodiment **2**, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,

FIG. **6** is a left elevation view of Embodiment **2**, of a garment. The sleeves are not shown in FIGS. **3-6** for ease of illustration. The center section and lower section of the claimed design is shaded to illustrate a different appearance. The dashed broken lines shown in the drawings illustrate environmental features that form no part of the claimed design. The dash-dot-dot-dash broken lines shown at the junction of the bodice with the sleeve and the interior of the bodice represent the bounds of the design and form no part of the claimed design.

The broken lines shown in the drawings are for environmental structure only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D665,558 S**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 240,569 | A | * | 4/1881 | Appleton | 66/176 |
| 357,068 | A | * | 2/1887 | Dably | 66/176 |
| 432,442 | A | * | 7/1890 | Sanford | 2/113 |
| 445,945 | A | * | 2/1891 | Bohne | 66/176 |
| 570,696 | A | * | 11/1896 | Brown | 66/176 |
| 672,028 | A | * | 4/1901 | Appleton | 66/176 |
| 839,699 | A | * | 12/1906 | Anderson | 2/67 |
| 933,739 | A | * | 9/1909 | Bodensiek | 450/7 |
| 1,007,047 | A | * | 10/1911 | Albers et al. | 2/109 |
| 1,088,371 | A | * | 2/1914 | Rossiter | 450/94 |
| 1,110,749 | A | | 9/1914 | De Blieux | |
| 1,121,005 | A | | 12/1914 | Farnsworth | |
| 1,191,865 | A | | 7/1916 | Workman | |
| 1,249,446 | A | | 12/1917 | Mell | |
| 1,323,748 | A | * | 12/1919 | Gitenstein | 2/78.3 |
| 1,342,188 | A | * | 6/1920 | Jacob | 2/78.1 |
| 1,587,099 | A | * | 6/1926 | Williams | 2/78.2 |
| 1,683,510 | A | * | 9/1928 | Carl | 450/20 |
| 1,770,615 | A | * | 7/1930 | Herlich | 2/67 |
| 1,774,613 | A | * | 9/1930 | Pidgeon | 450/20 |
| 1,777,215 | A | | 9/1930 | McGill | |
| 1,813,043 | A | | 7/1931 | Foreman | |
| 1,828,310 | A | * | 10/1931 | Bergh | 2/67 |
| 1,886,049 | A | | 11/1932 | Rothblum | |
| 1,894,062 | A | * | 1/1933 | Schrank | 2/73 |
| 1,897,619 | A | * | 2/1933 | Powell | 2/67 |
| 1,899,022 | A | * | 2/1933 | Duisdieker | 2/67 |
| D91,329 | S | | 5/1933 | Redman | |
| 1,931,822 | A | * | 10/1933 | Hoffman | 450/95 |
| 1,953,797 | A | * | 4/1934 | Daniel | 2/67 |
| 1,977,329 | A | * | 10/1934 | Tobin | 2/113 |
| RE19,358 | E | * | 11/1934 | Craig | 2/78.2 |
| 2,000,073 | A | * | 5/1935 | Goas | 66/176 |
| 2,033,456 | A | | 3/1936 | Cunningham | |
| 2,035,377 | A | * | 3/1936 | Redmond | 2/111 |
| 2,040,058 | A | * | 5/1936 | Craig | 66/176 |
| 2,040,561 | A | * | 5/1936 | Ernst | 450/34 |
| 2,052,784 | A | * | 9/1936 | Charles | 66/176 |
| 2,052,935 | A | * | 9/1936 | Moran | 450/10 |
| 2,076,748 | A | | 4/1937 | Schweig | |
| 2,097,777 | A | | 11/1937 | Rothman | |
| 2,098,881 | A | * | 11/1937 | Robbins | 450/27 |
| 2,098,882 | A | * | 11/1937 | Robbins | 450/27 |
| D110,662 | S | * | 7/1938 | Rielly | D2/714 |
| 2,190,030 | A | | 2/1940 | Kops | |
| D128,536 | S | * | 7/1941 | Weil | D2/702 |
| D129,078 | S | * | 8/1941 | Monteil | D2/800 |
| D129,894 | S | * | 10/1941 | Abeles | D2/703 |
| 2,274,382 | A | | 2/1942 | Richman | |
| 2,310,103 | A | * | 2/1943 | McDonald | 2/113 |
| 2,335,751 | A | | 11/1943 | Friedman | |
| 2,579,547 | A | * | 12/1951 | Cadous | 450/112 |
| D170,694 | S | * | 10/1953 | Kahn | D2/702 |
| D174,038 | S | * | 2/1955 | Goldstein | D2/702 |
| D174,114 | S | * | 3/1955 | Dior | D2/702 |
| D174,115 | S | * | 3/1955 | Dior | D2/703 |
| D174,194 | S | * | 3/1955 | Prochaska | D2/702 |
| D174,329 | S | * | 3/1955 | Katz | D2/700 |
| 2,723,396 | A | * | 11/1955 | Stack | 450/58 |
| D177,982 | S | * | 6/1956 | Kahn | D2/702 |
| D181,626 | S | * | 12/1957 | Cassini | D2/800 |
| 2,963,022 | A | * | 12/1960 | Spetalnik | 450/15 |
| D191,347 | S | | 9/1961 | Herman | |
| 3,026,875 | A | * | 3/1962 | Kaupp | 450/116 |
| 3,036,574 | A | * | 5/1962 | Jeffrey | 450/30 |
| 3,060,446 | A | | 10/1962 | Horne | |
| 3,066,675 | A | | 12/1962 | Herman | |
| 3,217,713 | A | | 4/1964 | Kunel | |
| D211,231 | S | * | 6/1968 | Sallasky | D2/702 |
| 3,421,513 | A | | 1/1969 | Landau | |
| 3,422,818 | A | | 1/1969 | Erteszek | |
| 3,454,013 | A | * | 7/1969 | Cahill | 450/116 |
| 3,479,844 | A | | 11/1969 | Silvain | |
| 3,556,106 | A | | 1/1971 | Rosner | |
| 3,582,993 | A | | 6/1971 | Keller | |
| 3,683,910 | A | * | 8/1972 | McKenna | 602/68 |
| D224,700 | S | * | 9/1972 | Bienefeld | D2/700 |
| 3,699,590 | A | | 10/1972 | Webber et al. | |

| | | | | | |
|---|---|---|---|---|---|
| D234,649 | S | * | 4/1975 | Casclo | D2/703 |
| D239,475 | S | * | 4/1976 | Casclo | D2/702 |
| 3,949,426 | A | | 4/1976 | George | |
| 4,377,007 | A | | 3/1983 | Sudjian | |
| 4,916,755 | A | * | 4/1990 | Feigenbaum et al. | 2/67 |
| 4,976,653 | A | | 12/1990 | White | |
| 5,083,316 | A | | 1/1992 | Kuehner | |
| 5,094,648 | A | | 3/1992 | Turner | |
| 5,461,725 | A | | 10/1995 | Witczak | |
| 5,566,392 | A | | 10/1996 | Dzelzkalns | |
| 5,605,060 | A | | 2/1997 | Osborne | |
| D391,740 | S | | 3/1998 | Barrington et al. | |
| 5,915,531 | A | * | 6/1999 | Hilpert et al. | 2/69 |
| 6,000,993 | A | * | 12/1999 | Erwin | 450/7 |
| 6,061,832 | A | | 5/2000 | Morrison | |
| 6,185,741 | B1 | | 2/2001 | Kehoe | |
| 6,282,720 | B1 | * | 9/2001 | Mayer | 2/113 |
| D452,600 | S | * | 1/2002 | Kim | D2/702 |
| D453,058 | S | * | 1/2002 | Kim | D2/703 |
| D453,255 | S | * | 2/2002 | Kim | D2/702 |
| 6,430,748 | B1 | * | 8/2002 | Burkhart | 2/78.1 |
| D476,464 | S | | 7/2003 | Jenkins | |
| 6,846,217 | B1 | | 1/2005 | Struble et al. | |
| D556,978 | S | * | 12/2007 | Thunstedt | D2/847 |
| 7,395,557 | B1 | | 7/2008 | Ledyard | |
| D595,480 | S | * | 7/2009 | Giugliano | D2/702 |
| 7,905,117 | B2 | * | 3/2011 | Kronback | 66/176 |
| 2006/0242748 | A1 | | 11/2006 | Martz | |
| 2007/0094765 | A1 | * | 5/2007 | Summers et al. | 2/113 |
| 2008/0134409 | A1 | * | 6/2008 | Karasina | 2/117 |
| 2008/0229474 | A1 | * | 9/2008 | Fons et al. | 2/113 |
| 2008/0244805 | A1 | * | 10/2008 | Griffin | 2/74 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 202005000716 U1 | 4/2005 |
| EP | 0174179 | 3/1986 |
| EP | 0774241 | 5/1997 |
| EP | 1082951 | 3/2001 |
| EP | 1125566 | 8/2001 |
| EP | 000385562-0106 | 7/2005 |
| EP | 000454202-0027 | 12/2005 |
| EP | 000454202-0121 | 12/2005 |
| EP | 000633755-0027 | 12/2006 |
| EP | 000730403-0023 | 5/2007 |
| GB | 116526 | 6/1918 |
| GB | 212307 | 3/1924 |
| GB | 1603600 | 11/1981 |
| GB | 3020687 | 7/2005 |
| GB | 4004524 | 10/2007 |
| JP | 2-82707 | 6/1990 |
| JP | 2001-172806 | 6/2001 |
| JP | 2002-138302 | 5/2002 |
| JP | 2003-129303 A | 5/2003 |
| JP | 2005-281893 A | 10/2005 |
| JP | 2006-316359 | * 11/2006 |
| JP | 2006-316359 A | 11/2006 |
| JP | 2007-146337 | * 6/2007 |
| JP | 2007-146337 A | 6/2007 |
| JP | 2007-303002 | * 11/2007 |
| JP | 2008-156812 A | 7/2008 |
| WO | 96/08217 | 3/1996 |
| WO | 01/75201 | 10/2001 |

### OTHER PUBLICATIONS

Cover and ad page picturing Serena Williams, "Lucky," magazine, Oct. 2003. (2 pages).*

Mila Kunis Magazine Cover, [on-line]; [downloaded from the Internet on May 5, 2012]; [cover identified is for Oct. 2003 issue]; URL:   <http://www.whosdatedwho.com/tpx_1783/mila-kunis/magazinecovers_13>. (4 pages).*

Yummie Tummie and Maidenform Settle Patent Infringement and Invalidity Lawsuits, Fox News 44, PR Newswire (2011). http://www.fox44now.com/story/15242333/yummie-tummie-and-maidenform-settle-patent-infringement-and-invalidity-lawsuits?clienttype=printable—printed Aug. 12, 2011.

Maidenform Brands, Inc. Reports Second Quarter 2011 Results and Provides Guidance for Full Year 2011, News Releases—General News, Iselin, NJ—/PRNewswire via COMTEX/ Aug. 10, 2011.

**US D665,558 S**

Page 3

Associated Press, "Maidenform 2Q net income drops on settlement," Forbes.com (Aug. 10, 2011). http://www.forbes.com/feeds/ap/2011/08/10/business-specialized-consumer-services-us-earns-maidenform_8611962.html?partner=email—printed Aug. 12, 2011.

Maidenform's Responses and Objections to TTC's First Set of Request for Production of Documents (Nos. 1-144)—Aug. 24, 2010.

Maidenform's Second Set of Requests for the Production of Documents and Things (Nos. 78-123)—Sep. 3, 2010.

Maidenform's Second Set of Interrogatories (Nos. 16-17)—Sep. 3, 2010.

Maidenform's First Supplemental Responses and Objections to TTC's First Set of Interrogatories—Sep. 10, 2010.

TTC's Responses to Maidenform's Second Set of Requests for Production (Nos. 78-123)—Oct. 12, 2010.

TTC's Written Responses to Maidenform's Second Set of Interrogatories (Nos. 16-17). San Francisco Chronicle article—MF0001240-1242. Women's Wear Daily article—MF0001087-1088. Oct. 12, 2010.

Maidenform's Responses and Objections to TTC's Supplemental First Set of Interrogatories (Nos. 1A-18A)—Nov. 2010.

Donner's Objections to Maidenform's Request for Production of Documents Included in the Subpoena to I. Donner—Feb. 22, 2011.

1A—Nike Fly Lightweight + Women's Sports Top, Nike, http://clothing-and-accessories.become.com/nike-fly-lightweight-womens-sports-top-com . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

2A—Pretty Shapewear Camisole, SassyBax, www.sassybax.com/pretty-camisole.php received by Applicant Aug. 24, 2010.

3A—Underwire Torso Trim, SassyBax, www.sassybax.com/underwire—trim.php received by Applicant Aug. 24, 2010.

4A—The Torso Trim, SassyBax, www.sassybax.com/torso_trim.php received by Applicant Aug. 24, 2010.

5A—Belly Bra, JCPenney, www.jcpenney.com/jcp/X6.aspx?DepID=51669&CatID=51669&Grptyp=Siz&Item . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

6A—Secret Sculptor Tunic, Shape Fx, www.shapefx.com/store/Shapewear_Shop_by_Category_Camis_Tanks_Se . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

7A—The Skinny, www.skinnycami.biz/files/ received by Applicant Aug. 24, 2010.

8A—Slimplicity Lingerie Strap Camisole, Spanx, www.spanx.com/product/index.jsp?productId=3977353&cp=2992553.4015964&par . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

9A—Hide & Sleek Cami, Spanx, http://web.archive.org/ . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

10A—Hide & Sleek Full Slip 18 Inch 060A, Spanx, www.herroom.com/Spanx-060A-Hide-Sleek-Full-Slip-18-Inch.shtml received by Applicant Aug. 24, 2010.

11A—Teez-Her The Skinny Tank, Teez-Her, www.essentialapparel.com/index.cfm/a/catalog.prodshow/vid/72638/catid/267/Teez . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

12A—Cami-Rolls, http://camirolls.com/shop.shtml received by Applicant Aug. 24, 2010.

13A—TummyTee, www.redefyne.com/tummytee.html received by Applicant Aug. 24, 2010.

14A—Champion Seamless Empire Top with Built-In Sports Bra, Champion, www.championusa.com/Champion/Products/Women-Champion/Women_ShopByCa . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

15A—Cosabella Smooth Bodyshaper Cami SHPE702, CosaBella, www.herroom.com/Cosabella-Shpe702-Smooth-Bodyshaper-Cami.shtml received by Applicant Aug. 24, 2010.

16A—Daisy Fuentes Slimming Camisole, Kohls, www.kohls.com/upgrade/webstore/product_page.jsp?Product%3C  %3Eprd_id=8 received by Applicant Aug. 24, 2010.

17A—582L Countouring Balconet Bra Cami-Long Torso, Dumi Shapewear, www.du-mi.com/store/product-info.php?pid12.html received by Applicant Aug. 24, 2010.

18A—Very Precious, Great Glam, http://greatglam.com/pd-very-precious.cfm received by Applicant Aug. 24, 2010.

19A—Sensual Charm, Great Glam, http://greatglam.com/pd-sensual-charm1.cfm received by Applicant Aug. 24, 2010.

20A—Yalof Schwartz, Suze, "Too Busy for the Gym?" Glamour, www.glamour.com/fashion/blogs/slaves-to-fashion/2007/10/too-bus . . . (URL is incomplete) received by Applicant Aug. 24, 2010. Page shown present on Internet approximately Oct. 2007.

21A—Underwire Torso Trim, Sassybax, http://webarchive.org/web/20071020033219/sassybax.com received by Applicant Aug. 24, 2010. Page shown present on Internet on Oct. 20, 2007.

22A—Nancy Ganz The Belly Band Convertible Bodybriefer 3313, Nancy Ganz, www.herroom.com/NancyGanz . . . (URL is incomplete) received by Applicant Aug. 24, 2010. Page shown present on Internet on Nov. 25, 2007.

23A—Spanx Hide & Sleek Full Slip 060A, Spanx, www.herroom.com/Spanx-Hide . . . (URL is incomplete) received by Applicant Aug. 24, 2010. Page shown on Internet on Nov. 1, 2007.

24A—Spanx Hide & Sleek Cami 050, Spanx, www.herroom.com/Spanx . . . (URL is incomplete) received by Applicant Aug. 24, 2010. Page shown present on Internet on Oct. 30, 2007.

25Aa, 25Ab. 25Ac—Collection of Photographs received by Applicant on Dec. 8, 2010 received by Applicant Aug. 24, 2010.

26A—Alleged Ann Mason Receipt; Nov. 26, 2006.

27Aa, 27Ab—Declaration of Ann Mason; May 19, 2007.

28A—Yummie Tummie and Maidenform Settle Patent Infringement and Invalidity Lawsuits, Fox News 44, PR Newswire (2011). http://www.fox44now.com/story/15242333/yummie-tummie-and-maidenform-settle-patent-infringement-and-invalidity-lawsuits?clienttype=printable—printed Aug. 12, 2011.

29A—Maidenform Brands, Inc. Reports Second Quarter 2011 Results and Provides Guidance for Full Year 2011, News Releases—General News, Iselin, NJ—/PRNewswire via COMTEX/ Aug. 10, 2011.

30A—Associated Press, "Maidenform 2Q net income drops on settlement," Yahoo News (Aug. 10, 2011). http:// news.yahoo.com/maidenform-2q-net-income-drops-settlement-125621767.html—printed Apr. 20, 2012.

1—Email from Christine Conforte to Heather Schindler "FW: Tummy Tee," sent Dec. 1, 2006.

2—Email from Christine Conforte to Heather Schindler "Liz Lange," sent Dec. 13, 2006.

3—Email from Heather Schindler to Chistine Conforte "Liz Lange," sent Dec. 13, 2006.

4—Email from Christine Conforte "Liz Lange," sent Dec. 11, 2006.

5—Email from Heather Schindler to Christine Conforte "Liz Lange," sent Dec. 9, 2006.

6—Email from Christine Conforte to Heather Schindler "Liz Lange," sent Dec. 7, 2006.

7—Email from Heather Schindler to Christine Conforte "Liz Lange," sent Dec. 7, 2006.

8—Email from Christine Conforte to Heather Schindler, "Liz Lange," sent Dec. 6, 2006.

9—Email from Heather Schindler to Liz Lange copying Michelle Mooring and Christine Conforte, "Follow Up," sent Jan. 24, 2007.

10—Email from Liz Lange to Heather Schindler copying Christine Conforte and Michelle Mooring, "Follow Up," sent Jan. 23, 2007.

11—Email from Heather Schindler to Liz Lange copying Christine Conforte and Michelle Mooring, "Follow Up," sent Jan. 23, 2007.

12—Email from Liz Lange to Heather Schindler copying Christine Conforte "Follow Up," sent Jan. 19, 2007.

13—Email from Heather Schindler to Christine Conforte copying Michelle Mooring "FW: TummyTube," sent Jan. 31, 2007.

14—Email from Christine Conforte to Heather Schindler copying Liz Lange "Tummy Tube," sent Jan. 30, 2011.

15—Email from Heather Schindler to Liz Lange copying Michelle Mooring and Christine Conforte "TummyTube," sent Feb. 6, 2007.

16—Email from Liz Lange to Heather Schindler and Christine Conforte "TummyTube," sent Feb. 2, 2007.

17—Email from Heather Schindler to Christine Conforte copying Liz Lange "TummyTube," sent Feb. 2, 2007.

18—Email from Christine Conforte to Heather Schindler copying Liz Lange "TummyTube," sent Jan. 30, 2007.

19—"Style Spy," Lucky Magazine, p. 26, Jan. 2002 issue.

20—LeCove swimwear catalog, p. 26 received by Applicant Aug. 24, 2010.

## US D665,558 S

Page 4

21—JC Penney maternity catalog, p. 165 received by Applicant Aug. 24, 2010.

22—WWD Intimates catalog, cover received by Applicant Aug. 24, 2010.

23—"Fashion Q & A," Shape Magazine, p. 68. Jan. 2008 issue.

24—Vogue Magazine, vol. 15, cover received by Applicant Aug. 24, 2010.

25—"Self Selects," Self Magazine, p. 162. Jun. 2000 issue.

26—"Do good while you shop," Lucky Magazine, p. 286. Oct. 2006 issue.

27—"Photo Finish," WWD Intimates catalog. 2006.

28—"Shapewear Report," In Style Magazine, pp. 338-346. Sep. 2007 issue.

29—Self Magazine advertisements. Jun. 2007 issue.

30—Self Magazine, p. 33. Dec. 2007 issue.

31—"My best stress bust is . . .," Self Magazine, p. 200. Apr. 2002 issue.

32—Times Three Clothier, LLC Sales Order No. 1000, Sales Order Date Apr. 30, 2007.

33—Email from Ivan A. Saperstein to Heather Schindler copying Michelle Mooring and J. Schindler "Gatsby's" sent Jul. 20, 2007.

34—Email from Heather Schindler to Ivan A. Saperstein copying Michelle Mooring and J. Schindler "Gatsby's" Jul. 20, 2007.

35—Email from Ivan A. Saperstein to Michelle Mooring, Heather Schindler and J. Schindler "Gatsby's" Jul. 20, 2007.

36—Invoice billed and shipped to Seams Beautiful-Carolyn Weaver, Invoice # 00006138, Aug. 11, 2006.

37—Invoice billed and shipped to Seams Beautiful-Carolyn Weaver, Invoice # 00006155, Aug. 25, 2006.

38—Packing Slip to Seams Beautiful, Aug. 25, 2006.

39a, 39b, 39c, 39d, 39e, 39f, 39g, 39h, 39i—*Maidenform* v. *Times Three Clothier LLC* d/b/a Yummie Tummie, Case No. 10-cv-1661 (GBD)—Skinny Cami Declarations. pp. 1-118 (submitted in 9 parts) received by Applicant Dec. 14, 2010.

40—Applicant's Specifications. pp.1-3 (submitted in 1 part) dated May 24, 2007-Jun. 11, 2007.

41—Maidenform's Initial Disclosures—Jul. 9, 2010. pp. 1-13 (submitted in 1 part).

42—Maidenform's Responses and Objections to TTCc's First Set of Interrogatories (Nos. 1-18)—Aug. 24, 2010. pp. 1-12 (submitted in 1 part).

43—Skinny Camisole Slimmer Corset Shaper Girdle, http://co103w. co1103.mail.live.com/mail/RteTrame__15.1.3059.0405.html?pf=pf (URL is incomplete). Pages 1-3 (submitted in 1 part) received by Applicant Aug. 24, 2010.

44a, 44b, 44c—Applicant's Tummy Tees. pp. 1-3 (submitted in 3 parts). 6Ba is Applicant's Tummy Tee early prototype sewn in Feb./Mar. 2005. 6Bb and 6Bc are photos of Applicant's production sample first received May 30, 2007.

45—Gazelle Sleeveless Long Shirt, Adidas, www.shopadidas.com/product/index.jsp?productID=3847890&v2=y&cp=3748175.3 . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

46—Super Soft Slimmer Tank, MyShape, www.myshape.com/shop/style/11906?ci_sku=11906&utm_source . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

47—Ann Michell Spaghetti Strap Tank Top Style 982, Lauren Silva, www.laurensilva.com/Ann__Michell__Spaghetti__Strap__Cami-sole__Control__Shirt__p/an . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

48—New Marilyn Monroe Smoothing Camisole 7762, ebay, www. cgi.ebay.com/New-Marilyn-Monroe-Smoothing-Camisole-7762-28 . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

49—Nancy Ganz The Belly Band Convertible Bodybriefer 3313, Her Room, www.herroom.com/Nancy-Ganz-3313-The-Belly-Band-Convertible-Bodyvriefer.sht . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

50—Nike Seamless Airborne Women's Long Tank Top, Nike, http://store.nike.com/us/en__us/?l=shop,pdp,ctr-inline/cid-1/pid-282277/pgid-238467 received by Applicant Aug. 24, 2010.

\* cited by examiner



FIG. 1



FIG. 2



# FIG. 3



## FIG. 4



FIG. 5



# FIG. 6

# Exhibit 6

US00D666384S

(12) **United States Design Patent**
Schindler

(10) Patent No.: **US D666,384 S**
(45) Date of Patent: ** **Sep. 4, 2012**

(54) **GARMENT**

(75) Inventor: **Heather Thomson Schindler**, New York, NY (US)

(73) Assignee: **Times Three Clothier, LLC**, New York, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/392,830**

(22) Filed: **May 26, 2011**

**Related U.S. Application Data**

(60) Continuation of application No. 29/350,290, filed on Nov. 13, 2009, now abandoned, which is a division of application No. 29/302,500, filed on Jan. 17, 2008, now Pat. No. Des. 606,285, said application No. 29/392,830 is a continuation of application No. 29/350,288, filed on Nov. 13, 2009, which is a division of application No. 29/302,500.

(51) **LOC (9) Cl.** .................................................. **02-01**

(52) **U.S. Cl.** ...................................................... **D2/701**

(58) **Field of Classification Search** .................. D2/700, D2/701, 702, 703, 706, 708, 714, 717, 718, D2/723, 731, 732, 756, 793, 800, 828, 840, D2/841, 847; 2/67, 69, 70, 73, 78.1, 78.2, 2/78.3, 104, 105, 109, 110, 112, 113; 66/176; 450/1, 3, 7, 10, 11, 15, 20, 30, 31, 34, 63, 450/64, 86, 94, 95, 96, 112, 115, 116, 122, 450/123, 124, 127, 132, 154
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

357,068 A    2/1887 Dalby
(Continued)

FOREIGN PATENT DOCUMENTS

DE        G8513103.2        8/1985
(Continued)

OTHER PUBLICATIONS

Left-hand image on Contents page, "Self" magazine, Jan. 2006 issue. (2 pages).*

(Continued)

*Primary Examiner* — Karen E Eldridge Powers
(74) *Attorney, Agent, or Firm* — Stroock & Stroock & Lavan LLP

(57) **CLAIM**

I claim the ornamental design for a garment, as shown and described.

**DESCRIPTION**

This application is related to the following applications:
U.S. Design application Ser. No. 29/362,414, filed on May 25, 2010 now U.S. Pat. No. D623,377,
U.S. Design application Ser. No. 29/362,498, filed on May 26, 2010 now U.S. Pat. No. D622,477,
U.S. Design application Ser. No. 29/350,198, filed on Nov. 12, 2009 now U.S. Pat. No. D616,627, the contents of each of the above applications are hereby incorporated by reference.
FIG. **1** is a front elevation view of embodiment 1, of a garment;
FIG. **2** is a rear elevation view thereof;
FIG. **3** is a right elevation view thereof;
FIG. **4** is a left elevation view thereof;
FIG. **5** is a right side elevation view of embodiment 2, of a garment, where the front and rear elevation views are the same as FIGS. **1-2**; and,
FIG. **6** is a left elevation view of embodiment 2, of a garment. The dashed broken lines depicting stitching and the human form shown in the drawings are for environmental structure only and form no part of the claimed design. The dash-dot-dot-dash broken lines shown at the junction of the bodice with the sleeve and the interior of the bodice represent the bounds of the design and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





**US D666,384 S**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 570,696 | A | | 11/1896 | Brown |
| 709,200 | A | * | 9/1902 | Buckley .............................. 2/73 |
| 933,739 | A | | 9/1909 | Bodensiek |
| 1,110,749 | A | | 9/1914 | De Blieux |
| 1,121,005 | A | | 12/1914 | Farnsworth |
| 1,191,865 | A | | 7/1916 | Workman |
| 1,249,446 | A | | 12/1917 | Mell |
| 1,683,510 | A | * | 9/1928 | Wiese ............................. 450/20 |
| 1,774,613 | A | | 9/1930 | Pidgeon |
| 1,777,215 | A | | 9/1930 | McGill |
| 1,813,043 | A | | 7/1931 | Foreman |
| 1,886,049 | A | | 11/1932 | Rothblum |
| D91,329 | S | | 5/1933 | Redman |
| 1,931,822 | A | | 10/1933 | Hoffman |
| 1,977,329 | A | | 10/1934 | Tobin |
| 2,033,456 | A | | 3/1936 | Cunningham |
| 2,040,058 | A | | 5/1936 | Mendel et al. |
| 2,040,657 | A | * | 5/1936 | Kops et al. ................... 139/421 |
| 2,052,935 | A | | 9/1936 | Moran |
| 2,076,748 | A | | 4/1937 | Schweig |
| 2,097,777 | A | | 11/1937 | Rothman |
| D110,662 | S | | 7/1938 | Rielly |
| D111,201 | S | * | 9/1938 | Imerman .................... D2/723 |
| 2,190,030 | A | | 2/1940 | Kops |
| D128,536 | S | | 7/1941 | Weil |
| D129,894 | S | | 10/1941 | Abeles |
| 2,274,382 | A | | 2/1942 | Richman |
| 2,310,103 | A | | 2/1943 | McDonald |
| 2,335,751 | A | * | 11/1943 | Friedman .......................... 2/73 |
| 2,579,547 | A | | 12/1951 | Cadous |
| D170,694 | S | | 10/1953 | Kahn |
| D174,038 | S | | 2/1955 | Goldstein |
| D174,114 | S | | 3/1955 | Dior |
| D174,115 | S | | 3/1955 | Dior |
| D174,194 | S | | 3/1955 | Prochaska |
| D177,982 | S | | 6/1956 | Kahn |
| 2,963,022 | A | | 12/1960 | Spetalnik |
| 2,976,708 | A | * | 3/1961 | Gordon .......................... 66/176 |
| D191,347 | S | | 9/1961 | Herman |
| 3,026,875 | A | | 3/1962 | Kaupp |
| 3,036,574 | A | | 5/1962 | Jeffrey |
| 3,060,446 | A | | 10/1962 | Horne |
| 3,066,675 | A | | 12/1962 | Herman |
| 3,217,713 | A | | 11/1965 | Kunel |
| D211,231 | S | | 6/1968 | Salisky |
| 3,421,513 | A | | 1/1969 | Landau |
| 3,422,818 | A | | 1/1969 | Erteszek |
| 3,454,013 | A | | 7/1969 | Cahill |
| 3,479,844 | A | | 11/1969 | Silvain |
| 3,490,449 | A | * | 1/1970 | Ewehvahn ................... 450/155 |
| 3,556,106 | A | | 1/1971 | Rosner |
| 3,582,993 | A | | 6/1971 | Keller |
| 3,699,590 | A | | 10/1972 | Webber et al. |
| D234,649 | S | | 4/1975 | Lo Cascio |
| D239,475 | S | | 4/1976 | Lo Cascio |
| 3,949,426 | A | | 4/1976 | George |
| 4,377,007 | A | | 3/1983 | Sudjian |
| 4,916,755 | A | | 4/1990 | Feigenbaum et al. |
| 4,976,653 | A | | 12/1990 | White |
| 5,083,316 | A | | 1/1992 | Kuehner |
| 5,094,648 | A | | 3/1992 | Turner |
| 5,461,725 | A | | 10/1995 | Witczak |
| 5,566,392 | A | | 10/1996 | Dzelzkalns |
| 5,605,060 | A | | 2/1997 | Osborne |
| 5,667,422 | A | * | 9/1997 | Erwin ............................ 450/30 |
| D391,740 | S | | 3/1998 | Barrington et al. |
| D393,736 | S | * | 4/1998 | Rubin ........................ D2/717 |
| 5,772,492 | A | * | 6/1998 | Erwin ............................ 450/30 |
| 5,915,531 | A | | 6/1999 | Hilpert et al. |
| 6,000,993 | A | | 12/1999 | Erwin |
| 6,061,832 | A | | 5/2000 | Morrison |
| 6,185,741 | B1 | | 2/2001 | Kehoe |
| D452,600 | S | | 1/2002 | Kim |
| D453,058 | S | | 1/2002 | Kim |
| D453,255 | S | | 2/2002 | Kim |
| 6,430,748 | B1 | | 8/2002 | Burkhart |
| D476,464 | S | | 7/2003 | Jenkins |
| 6,766,533 | B1 | * | 7/2004 | Meier et al. ....................... 2/67 |
| 6,846,217 | B1 | | 1/2005 | Struble et al. |
| D521,712 | S | * | 5/2006 | Overby ........................... D2/717 |
| 7,115,015 | B2 | * | 10/2006 | Horii et al. ..................... 450/33 |
| 7,181,775 | B2 | * | 2/2007 | Carney ............................ 2/311 |
| D556,978 | S | | 12/2007 | Thunstedt |
| 7,395,571 | B1 | | 7/2008 | Ledyard |
| D595,480 | S | | 7/2009 | Giugliano |
| RE41,654 | E | * | 9/2010 | Struble et al. ................... 450/31 |
| 7,878,881 | B2 | * | 2/2011 | Hendrickson ................... 450/36 |
| 7,900,276 | B2 | * | 3/2011 | Hendrickson et al. ........... 2/237 |
| D644,411 | S | * | 9/2011 | Guerrier ........................ D2/703 |
| D644,412 | S | * | 9/2011 | Reuther ........................ D2/714 |
| 2001/0054303 | A1 | * | 12/2001 | Browder, Jr. ................... 66/171 |
| 2004/0163159 | A1 | * | 8/2004 | Edwards et al. ................... 2/338 |
| 2006/0242748 | A1 | | 11/2006 | Martz |
| 2007/0094765 | A1 | | 5/2007 | Summers et al. |
| 2007/0118062 | A1 | * | 5/2007 | Fleck ............................... 602/75 |
| 2008/0078204 | A1 | * | 4/2008 | Kronbach ..................... 66/171 |
| 2008/0134409 | A1 | | 6/2008 | Karasina |
| 2008/0244805 | A1 | | 10/2008 | Griffin |
| 2009/0299258 | A1 | * | 12/2009 | Cureington-Sims ............ 602/61 |
| 2011/0061147 | A1 | * | 3/2011 | Welfeld ........................... 2/237 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 202005000716 U1 | 4/2005 |
| EP | 0174179 | 3/1986 |
| EP | 0774241 | 5/1997 |
| EP | 1082951 | 3/2001 |
| EP | 1125566 | 8/2001 |
| EP | 000385562-0106 | 7/2005 |
| EP | 000454202-0027 | 12/2005 |
| EP | 000454202-0121 | 12/2005 |
| EP | 000633755-0027 | 12/2006 |
| EP | 000730403-0023 | 5/2007 |
| GB | 116526 | 6/1918 |
| GB | 212307 | 3/1924 |
| GB | 1603600 | 11/1981 |
| GB | 3020687 | 7/2005 |
| GB | 4004524 | 10/2007 |
| JP | 2-82707 | 6/1990 |
| JP | 2001-172806 | 6/2001 |
| JP | 2002-138302 | 5/2002 |
| JP | 2003-129303 A | 5/2003 |
| JP | 2005-281893 A | 10/2005 |
| JP | 2006-316359 A | 11/2006 |
| JP | 2007-146337 A | 6/2007 |
| JP | 2007-303002 | 11/2007 |
| JP | 2008-156812 A | 7/2008 |
| WO | 96/08217 | 3/1996 |
| WO | 01/75201 | 10/2001 |

### OTHER PUBLICATIONS

Cover and ad page picturing Serena Williams, "Lucky" magazine, Oct. 2003. (2 pages).*

Mila Kunis Magazine Cover, [on-line]; [downloaded from the Internet on May 5, 2012]; [cover identified is for Oct. 2003 issue]; URL: <http://www.whosdatedwho.com/tpx__1783/mila-kunis/magazinecovers_13>. (4 pages).*

Maidenform Brands, Inc. Reports Second Quarter 2011 Results and Provides Guidance for Full Year 2011, News Releases—General News, Iselin, NJ—/PRNewswire via COMTEX/ Aug. 10, 2011.

Associated Press, "Maidenform 2Q net income drops on settlement," Forbes.com (Aug. 10, 2011). http://www.forbes.com/feeds/ap/2011/08/10/business-personal-consumer-services-us-earns-maidenform_8611962.html?partner=email—printed Aug. 12, 2011.

Maidenform's Responses and Objections to TTC's First Set of Requests for Production of Documents (Nos. 1-144)—Aug. 24, 2010.

Maidenform's Second Set of Requests for the Production of Documents and Things (Nos. 78-123)—Sep. 3, 2010.

Maidenform's Second Set of Interrogatories (Nos. 16-17)—Sep. 3, 2010.

Maidenform's First Supplemental Responses and Objections to TTC's First Set of Interrogatories—Sep. 10, 2010.

TTC's Responses to Maidenform's Second Set of Requests for Production (Nos. 78-123)—Oct. 12, 2010.

**US D666,384 S**

Page 3

TTC's Written Responses to Maidenform's Second Set of Interrogatories (Nos. 16-17). San Francisco Chronicle article—MF0001240-1242. Women's Wear Daily article—MF0001087-1088. Oct. 12, 2010.

Maidenform's Responses and Objections to TTC's Supplemental First Set of Interrogatories (Nos. 1A-18A)—Nov. 26, 2010.

I. Donner's Objections to Maidenform's Request for Production of Documents Included in the Subpoena to I. Donner—Feb. 22, 2011.

Email from Christine Conforte to Heather Schindler "FW: Tummy Tee," sent Dec. 1, 2006.

Email from Christine Conforte to Heather Schindler "Liz Lange," sent Dec. 13, 2006.

Email from Heather Schindler to Chistine Conforte "Liz Lange," sent Dec. 13, 2006.

Email from Christine Conforte "Liz Lange," sent Dec. 11, 2006.

Email from Heather Schindler to Christine Conforte "Liz Lange," sent Dec. 9, 2006.

Email from Christine Conforte to Heather Schindler "Liz Lange," sent Dec. 7, 2006.

Email from Heather Schindler to Christine Conforte "Liz Lange," sent Dec. 7, 2006.

Email from Christine Conforte to Heather Schindler, "Liz Lange," sent Dec. 6, 2006

Email from Heather Schindler to Liz Lange copying Michelle Mooring and Christine Conforte, "Follow Up," sent Jan. 24, 2007.

Email from Liz Lange to Heather Schindler copying Christine Conforte and Michelle Mooring, "Follow Up," sent Jan. 23, 2007.

Email from Heather Schindler to Liz Lange copying Christine Conforte and Michelle Mooring, "Follow Up," sent Jan. 23, 2007.

Email from Liz Lange to Heather Schindler copying Christine Conforte "Follow Up," sent Jan. 19, 2007.

Email from Heather Schindler to Christine Conforte copying Michelle Mooring "FW: TummyTube," sent Jan. 31, 2007.

Email from Christine Conforte to Heather Schindler copying Liz Lange "Tummy Tube," sent Jan. 30, 2011.

Email from Heather Schindler to Liz Lange copying Michelle Mooring and Christine Conforte "TummyTube," sent Feb. 6, 2007.

Email from Liz Lange to Heather Schindler and Christine Conforte "TummyTube," sent Feb. 2, 2007.

Email from Heather Schindler to Christine Conforte copying Liz Lange "TummyTube," sent Feb. 2, 2007.

Email from Christine Conforte to Heather Schindler copying Liz Lange "TummyTube," sent Jan. 30, 2007.

"Style Spy," Lucky Magazine, p. 26, Jan. 2002 issue.

LeCove swimwear catalog, p. 26 received by Applicant Aug. 24, 2010.

JC Penney maternity catalog, p. 165 received by Applicant Aug. 24, 2010.

WWD Intimates catalog, cover received by Applicant Aug. 24, 2010.

"Fashion Q & A," Shape Magazine, p. 68. Jan. 2008 issue.

Vogue Magazine, vol. 15, cover received by Applicant Aug. 24, 2010.

"Self Selects," Self Magazine, p. 162. Jun. 2000 issue.

"Do good while you shop," Lucky Magazine, p. 286. Oct. 2006 issue.

"Photo Finish," WWD Intimates catalog. 2006.

"Shapewear Report," In Style Magazine, pp. 338-346. Sep. 2007 issue.

Self Magazine advertisements. Jun. 2007 issue.

Self Magazine, p. 33. Dec. 2007 issue.

"My best stress bust is . . . ," Self Magazine, p. 200. Apr. 2002 issue.

Times Three Clothier, LLC Sales Order No. 1000, Sales Order Date Apr. 30, 2007.

Email from Ivan A. Saperstein to Heather Schindler copying Michelle Mooring and J. Schindler "Gatsby's" sent Jul. 20, 2007.

Email from Heather Schindler to Ivan A. Saperstein copying Michelle Mooring and J. Schindler "Gatsby's" Jul. 20, 2007.

Email from Ivan A. Saperstein to Michelle Mooring, Heather Schindler and J. Schindler "Gatsby's" Jul. 20, 2007.

Invoice billed and shipped to Seams Beautiful-Carolyn Weaver, Invoice # 00006138, Aug. 11, 2006.

Invoice billed and shipped to Seams Beautiful Carolyn Weaver, Invoice # 00006155, Aug. 25, 2006.

Packing Slip to Seams Beautiful, Aug. 25, 2006.

*Maidenform* v. *Times Three Clothier LLC* d/b/a Yummie Tummie, Case No. 10-cv-1661 (GBD)—Skinny Cami Declarations. pp. 1-118 (submitted in 9 parts) received by Applicant Dec. 14, 2010.

Applicant's Specifications. pp 1-3 (submitted in 1 part) dated May 24, 2007-Jun. 11, 2007.

Maidenform's Initial Disclosures—Jul. 9, 2010. pp. 1-13 (submitted in 1 part).

Maidenform's Responses and Objections to TTC's First Set of Interrogatories (Nos. 1-18)—Aug. 24, 2010. pp. 1-12 (submitted in 1 part).

Skinny Camisole Slimmer Corset Shaper Girdle, http://co103w. co1103.mail.live.com/mail/RteTrame_15.1.3059.0405.html?pf=pf (URL is incomplete). pp. 1-3 (submitted in 1 part) received by Applicant Aug. 24, 2010.

Applicant's Tummy Tees. pp. 1-3 (submitted in 3 parts). 6Ba is Applicant's Tummy Tee early prototype sewn in Feb./Mar. 2005. 6Bb and 6Bc are photos of Applicant's production sample first received May 30, 2007.

Gazelle Sleeveless Long Shirt, Adidas, www.shopadidas.com/product/index.jsp?productID=3847890&v2=y&cp=3748175.3 . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Super Soft Slimmer Tank, MyShape, www.myshape.com/shop/style/11906?ci_sku=11906&utm_source . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Ann Michell Spaghetti Strap Tank Top Style 982, Lauren Silva, www.laurensilva.com/Ann_Michell_Spaghetti_Strap_Camisole_Control_Shirt_p/an . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

New Marilyn Monroe Smoothing Camisole 7762, ebay, www.cgi.ebay.com/New-Marilyn-Monroe-Smoothing-Camisole-7762-28 . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Nancy Ganz The Belly Band Convertible Bodybriefer 3313, Her Room, www.herroom.com/Nancy-Ganz-3313-The-Belly-Band-Convertible-Bodyvriefer.sht . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Nike Seamless Airborne Women's Long Tank Top, Nike, http://store.nike.com/us/en_us/?1=shop,pdp,ctr-inline/cid-1/pid-282277/pgid-238467 received by Applicant Aug. 24, 2010.

Nike Fly Lightweight + Women's Sports Top, Nike, http://clothing-and-accessories.become.com/nike-fly-lightweight-womens-sports-top-com . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Pretty Shapewear Camisole, SassyBax, www.sassybax.com/pretty-camisole.php received by Applicant Aug. 24, 2010.

Underwire Torso Trim, SassyBax, www.sassybax.com/underwire_trim.php received by Applicant Aug. 24, 2010.

The Torso Trim, SassyBax, www.sassybax.com/torso_trim.php received by Applicant Aug. 24, 2010.

Belly Bra, JCPenney, www.jcpenney.com/jcp/X6.aspx?DeptID=51669&CatID=51669&Grptyp=Siz&Item . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Secret Sculptor Tunic, Shape Fx, www.shapefx.com/store/Shapewear_Shop_by_Category_Camis_Tanks_Se . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

The Skinny, www.skinnycami.biz/files/ received by Applicant Aug. 24, 2010.

Slimplicity Lingerie Strap Camisole, Spanx, www.spanx.com/product/index.jsp?productId=3977353&cp=2992553.4015964&par . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Hide & Sleek Cami, Spanx, http://web.archive.org/ . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Hide & Sleek Full Slip 18 Inch 060A, Spanx, www.herroom.com/Spanx-060A-Hide-Sleek-Full-Slip-18-Inch.shtml received by Applicant Aug. 24, 2010.

Teez-Her The Skinny Tank, Teez-Her, www.essentialapparel.com/index.cfm/a/catalog.prodshow/vid/72638/catid/267/Teez . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Cami-Rolls, http://camirolls.com/shop.shtml received by Applicant Aug. 24, 2010.

TummyTee, www.redefyne.com/tummytee.html received by Applicant Aug. 24, 2010.

**US D666,384 S**

Page 4

Champion Seamless Empire Top with Built-In Sports Bra, Champion, www.championusa.com/Champion/Products/Women-Champion/Women_ShopByCa . . . (URL is incomplete) received by Applicant Aug. 24, 2010.

Cosabella Smooth Bodyshaper Cami SHPE702, CosaBella, www.herroom.com/Cosabella-Shpe702-Smooth-Bodyshaper-Cami.shtml received by Applicant Aug. 24,2010.

Daisy Fuentes Slimming Camisole, Kohls, www.kohls.com/upgrade/webstore/product_page.jsp?PRODUCT%3C%3Eprd_id=8 received by Applicant Aug. 24, 2010.

582L Countouring Balconet Bra Cami-Long Torso, Dumi Shapewear, www.du-mi.com/store/product-info.php?  pid12.html received by Applicant Aug. 24, 2010.

Very Precious, Great Glam, http://greatglam.com/pd-very-precious.cfm received by Applicant Aug. 24, 2010.

Sensual Charm, Great Glam, http://greatglam.com/pd-sensual-charm1.cfm received by Applicant Aug. 24, 2010.

Yalof Schwartz, Suze, "Too Busy for the Gym?" Glamour, www.glamourcom/fashion/blogs/slaves-to-fashion/2007/10/too-bus  .  .  . (URL is incomplete) received by Applicant Aug. 24, 2010, Page shown present on Internet approximately Oct. 2007.

Underwire Torso Trim, Sassybax, http://webarchive.org/web/20071020033219/sassybax.com received by Applicant Aug. 24, 2010, Page shown present on Internet on Oct. 20, 2007.

Nancy Ganz The Belly Band Convertible Bodybriefer 3313, Nancy Ganz, www.herroom.com/NancyGanz  .  .  . (URL is incomplete) received by Applicant Aug. 24, 2010, Page shown present on Internet on Nov. 25, 2007.

Spanx Hide & Sleek Full Slip 060A, Spanx, www.herroom.com/Spanx-Hide . . . (URL is incomplete) received by Applicant Aug. 24, 2010, Page shown present on Internet on Nov. 1, 2001.

Spanx Hide & Sleek Cami 050, Spanx, www.herroom.com/Spanx . . . (URL is incomplete) received by Applicant Aug. 24, 2010, Page shown present on Internet on Oct. 30, 2007.

Collection of Photographs received by Applicant (submitted in 3 parts) on Dec. 8, 2010 received by Applicant Aug. 24, 2010.

Alleged Ann Mason Receipt; Nov. 26, 2006.

Declaration of Ann Mason; May 19, 2007.

Yummie Tummie and Maidenform Settle Patent Infringement and Invalidity Lawsuits, Fox News 44, PR Newswire (2011). http://www.fox44now.com/story/15242333/yummie-tummie-and-maidenform-settle-patent-infringement-and-invalidity-lawsuits?clienttype=printable—printed Aug. 12, 2011.

Maidenform Brands, Inc. Reports Second Quarter 2011 Results and Provides Guidance for Full Year 2011, News Releases—General News, Iselin, NJ—/PRNewswire via COMTEXT/ Aug. 10, 2011.

Associated Press, "Maidenform 2Q net income drops on settlement," Yahoo News (Aug. 10, 2011). http://news.yahoo.com/maidenform-2q-net-income-drops-settlement-125621767.html—printed Apr. 20, 2012.

* cited by examiner

Case 1:13-cv-00710-WSD   Document 36   Filed 08/19/13   Page 74 of 82



FIG. 1



# FIG. 2

Case 1:13-cv-00710-WSD   Document 36   Filed 08/19/13   Page 76 of 82



# FIG. 3



# FIG. 4



FIG. 5



# FIG. 6

# Exhibit 7

# STROOCK

BY UPS COURIER

January 18, 2013

Laura Goldbard George
Direct Dial  212-806-6675
Direct Fax  212-806-7675
LGoldbard@stroock.com

Leslie Slavich, Esq.
Spanx, Inc.
3344 Peachtree Road, NE
Suite 1700
Atlanta, GA  30326

Re:   Infringement of U.S. Design Patents
       Our Client/Matter No.:  002870.0001

Dear Ms. Slavich:

We represent Times Three Clothier, LLC, doing business as Yummie Tummie ("Yummie"), in connection with patent matters.  As you and your client, Spanx, Inc. ("Spanx"), are aware, Yummie is the owner of U.S. Design Patent Nos. D606,285, D616,627, D622,477, D623,377, D632,051, D632,052 and D632,053 (collectively "Patents").  Copies of the Patents are attached.  In fact, such Patents have been brought to Spanx's attention.  Notwithstanding Spanx's knowledge of the Patents, Spanx has chosen to copy the same.  Yummie vigorously enforces the rights in its patents and, as you may know, settled a patent infringement litigation with Maidenform paying Yummie $6.75 million.

More specifically, it has come to our attention that Spanx is making, offering for sale and selling shapewear products, through at least QVC, Inc., J.C. Penney Company, Inc. and Spanx's own e-commerce website, in the United States that contain Yummie's patented designs.  Such shapewear products include The Total Taming Tank A226764, also known as The Spanx Total Taming Tank, the Top This Tank Style 1847 and The Top This Cami Style 1846 (collectively "Tanks/Cami").  The designs, consisting of three panels, of the Tanks/Cami are so similar to the designs claimed in the Patents that any ordinary consumer would be deceived into believing that the Tanks/Cami are, in fact, Yummie's patented designs and, thus, infringe the Patents.  Stated otherwise, the Tanks/Cami appear substantially the same as the patented designs from the point of view of an ordinary observer, thereby, constituting design patent infringement.

NY 74351312v1

Leslie Slavich, Esq.
January 18, 2013
Page 2

In view of the foregoing, Yummie demands the following in writing from Spanx:

1.  that Spanx cease all manufacturing, offering for sale and selling of the Tanks/Cami;

2.  all orders of Tanks/Cami shipped to customers including to whom the Tanks/Cami were shipped, the purchase order number, units, style numbers and total dollar value;

3.  open orders of the Tanks/Cami not yet shipped to customers, including the purchase order number, units, style numbers and total dollar value, as well as Tanks/Cami in your warehouse, in transit and on order from the manufacturer, including the number of units, style numbers and total dollar value;

4.  account for profits arising from past and ongoing infringement, including increased damages for willfully violating our client's rights in the Patents; and

5.  pay Yummie costs and attorney fees in connection with this matter.

We expect to receive, by January 31, 2013, written confirmation on behalf of Spanx in regard to the foregoing and Spanx's compliance with our requests.

Very truly yours,

Laura Goldbard George
LGG:lm

Enclosures

cc:     Carrie L. Kiedrowski, Esq.
        Times Three Clothier, LLC

NY 74351312v1